IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ST. JUDE MEDICAL, INC., a Minnesota Corporation, and ST. JUDE MEDICAL PUERTO RICO, LLC, a Puerto Rico Limited Liability Company, | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 4:08-cv-04101-HFB |
| | ) | |
| vs. | ) | Jury Trial Demanded |
| | ) | |
| ACCESS CLOSURE, INC., a Delaware Corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

In accordance with P.R. 4-3 of the Uniform Patent Rules of the United States District Court for the Eastern District of Texas adopted by the Court in the August 28, 2009 Docket Control Order entered in this case, Plaintiffs St. Jude Medical, Inc. and St. Jude Medical Puerto Rico, LLC (collectively, "St. Jude") and Defendant AccessClosure, Inc. ("ACI") file their Joint Claim Construction and Prehearing Statement.

### 1.    Agreed Claim Constructions [Patent Rule 4-3(a)]

The parties have agreed to the proposed construction for the following term:

| Claim Term | Agreed Construction |
|---|---|
| **orifice**<br><br>*'439 patent, claim 7* | an opening |

### 2.    Disputed Claim Constructions [Patent Rule 4-3(b)]

The parties have set forth their proposed constructions and supporting evidence in the

attached Janzen, Fowler, and Master Exhibits.[1]  The Janzen Exhibit includes the disputed terms in U.S. Patent Nos. 7,008,439 (the "'439 patent") and 5,725,498 (the "'498 patent") (collectively, the "Janzen patents") and the parties' supporting evidence.  The Fowler Exhibit includes the disputed terms in U.S. Patent Nos. 5,275,616 (the "'616 patent"), 5,601,602 (the "'602 patent"), and 5,716,375 (the "'375 patent") (collectively, the "Fowler patents") and the parties' supporting evidence.  The Master Exhibit combines the disputes and supporting evidence from all five patents-in-suit into one exhibit and collects identical or similar disputes and evidence from those five patents into a single table row.  The parties present separate Janzen and Fowler Exhibits and a combined Master Exhibit for the convenience of the Court.  ACI contends that each of the preambles of the asserted claims is a limitation.  St. Jude contends that only the preamble of claim 9 of the '439 patent is limiting.

### 3.      Anticipated Length of Claim Construction Hearing [Patent Rule 4-3(c)]

As set forth in Step 23 of the August 28, 2009 Docket Control Order, three hours have been allocated for the Claim Construction Hearing, which is scheduled to take place on January 20, 2010, beginning at 9:00 a.m.

### 4.      Claim Construction Witnesses [Patent Rule 4-3(d)]

The parties propose that the Court not hear live testimony from any witness, including experts, at the Claim Construction Hearing.

### 5.      Claim Construction Prehearing Conference [Patent Rule 4-3(e)]

As set forth in Step 22 of the August 28, 2009 Docket Control Order, a Claim Construction Prehearing Conference and Technical Tutorial are scheduled to take place on January 19, 2010.  Each side shall have 30 minutes to present.

---

[1]  Because the patents in each of the two patent families asserted share a common written description with minor variations due to line numbering, citations to the Fowler patents are provided from the '375 patent specification and citations to the Janzen patents are provided from the '439 patent specification.  In addition to the intrinsic and extrinsic evidence identified by the parties, each side reserves the right to rely upon any intrinsic or extrinsic evidence identified by the other side.

JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
4:08-CV-04101-HFB

Dated:  October 30, 2009

Respectfully submitted,

/s/ C. Maclain Wells
    C. Maclain Wells

Nicholas H. Patton
(nickpatton@texarkanalaw.com)
PATTON, TIDWELL & SCHROEDER, LLP
P.O. Box 5398
Texarkana, TX 75505-5398
(903) 792-7080
(903) 792-8233 (facsimile)

Morgan Chu (mchu@irell.com)
Jonathan Steinberg (jsteinberg@irell.com)
Andrei Iancu (aiancu@irell.com)
Maclain Wells (mwells@irell.com)
Jay Chung (jchung@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  09967
(310) 277-1010
(310) 203-7199 (facsimile)

David C. McPhie (dmcphie@irell.com)
Laura Evans (levans@irell.com)
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA  92660
(949) 760-0991
(949) 760-5200 (facsimile)

ATTORNEYS FOR PLAINTIFFS
ST. JUDE MEDICAL, INC. and
ST. JUDE MEDICAL PUERTO RICO LLC

Respectfully submitted,

/s/ David T. Pollock
    David T. Pollock

James N. Haltom
(jhaltom@haltomdoan.com)

Darby V. Doan
(ddoan@haltomdoan.com)
Haltom & Doan
6500 Summerhill Road, Suite 100
Texarkana, Texas  75503
(903) 255-1000 (Telephone)
(903) 255-0800 (Facsimile)


OF COUNSEL:

John B. Quinn
(johnquinn@quinnemanuel.com)
Charles K. Verhoeven
(charlesverhoeven@quinnemanuel.com)
David Eiseman
(davideiseman@quinnemanuel.com)
David T. Pollock
(davidpollock@quinnemanuel.com)
Cathleen Garrigan
(cathleengarrigan@quinnemanuel.com)
Matthew D. Cannon
(matthewcannon@quinnemanuel.com)

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
415.875.6600 (Telephone)
415.875.6700 (Facsimile)

ATTORNEYS FOR DEFENDANT
ACCESSCLOSURE, INC.

JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
4:08-CV-04101-HFB

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy via facsimile and/or U.S. First Class Mail this 30th day of October, 2009.


<u>/s/ C. Maclain Wells</u>

JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
4:08-CV-04101-HFB

St. Jude v. ACI

Case No. 4:08-CV-04101-HFB

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Janzen Exhibit: U.S. Patent Nos. 7,008,439 (the "'439 patent") and 5,725,498 (the "'498 patent")

| Janzen Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| puncture<br><br>*'439 patent, claims 1, 8, 9, 10 and '498 patent claim 1* | **plain and ordinary meaning**<br><br>**or, if necessary,**<br><br>**a hole or slit**<br><br>*Intrinsic Evidence:*<br><br>'439 Figs. 5-11, 14-20; col. 3:41-47 ("Although punctures of the sort made by percutaneous procedures will generally, after removal of all cannulas and catheters, be in the nature of slits, for ease of understanding, they are depicted in the drawings herein more as holes. The shape of the puncture however is not critical"); 1:14-16; 2:15-19, 29-34; 5:24-30; 9:64-10:7; Cl. 1, 3, 8, 9, 10.  '498 Cl. 1, 2, 5, 7. | **piercing wound**<br><br>*Intrinsic Evidence:*<br><br>'439 Fig. 23; col. 1:25-28; col. 2:15-19; col. 8:38-43 ("Once the artery 107 has been punctured and the guide wire is in place, a needle clamp 108, as is depicted in FIG. 23, is placed on the needle 109 at the skin line 110. With the clamp in place, the needle is removed from the patient.") U.S. Pat. Nos. 4,744,364 ("'364") col. 3:42-45; 4,890,612 ("'612") col. 8:27-30; 5,021,059 ("'059") col. 5:63-68, col. 13:15-17<br><br>*Extrinsic Evidence:*<br><br>American Heritage Dictionary, Second Edition (1991) (hereinafter "AHD"): <u>puncture</u> 1. To pierce with a pointed object  2. To make (a hole) by piercing.<br>Webster's Ninth New Collegiate Dictionary (1985) (hereinafter "Webster's"): <u>puncture</u> *n* 2: a hole, wound, or perforation made by puncturing  *vb* 1: to pierce with or as if with a pointed instrument or object Stedman's Medical Dictionary, 25th Edition (1990) (hereinafter "Stedman's"): <u>puncture</u> 1. To make a hole with a small pointed object, such as a needle. 2. A prick or small hole made with a pointed instrument. International Dictionary of Medicine and Biology (1986) (Hereinafter |

| Janzen Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | | "IDMB"): <u>puncture</u> 1 To perforate with a sharp point.  2. A perforation made with a sharp point.<br><br>Cardiac Catheterization, Angiography, and Intervention, Fourth Edition (1991) (Hereinafter "CCAI"): pp. 62-70<br>Manual of Interventional Cardiology (1992) (hereinafter "MIC"): pp.7-23<br>The Cardiac Cathterization Handbook (1991) (hereinafter "CCH"): pp. 37-93 |
| **hemostatic material**<br><br>*'498 patent, claim 1* | **material that acts to stop the flow of blood**<br><br>*Intrinsic Evidence:*<br><br>'439 col. 7:29-39 ("It is also believed that, initially, when the plug is pressed against the artery, hemostasis is achieved by mechanical means, i.e., by application of mechanical pressure all around the arterial puncture.  Shortly thereafter, however, the hemostatic material begins to bind to the arterial tissue and biochemical hemostasis takes over."); 2:29-33; 3:38-43; 4:40-45; 7:57-63; 9:57-10:7; Cl. 4.  '498 Cl. 1, 4-8.<br><br>*Extrinsic Evidence:*<br><br>The American Heritage Dictionary, 2nd College Edition (1991) (hereinafter "American Heritage") definition of "hemostatic" ("Acting to stop the flow of blood.").<br>Stedman's Medical Dictionary, 25th edition (1990) (hereinafter "Stedman's") definition of "hemostatic."<br>Dorland's Medical Dictionary, 27th edition (1988) (hereinafter "Dorland's") definition of "hemostatic."<br>Webster's Ninth New Collegiate Dictionary (1985) (hereinafter "Webster's") definition of "hemostatic." | **material that biochemically promotes hemostasis**<br><br>*Intrinsic Evidence:*<br>'439 col. 2:29-33; col. 6:66-7:38 ("It is also believed that, initially, when the plug is pressed against the artery, hemostasis is achieved by mechanical means, i.e., by application of mechanical pressure all around the arterial puncture. Shortly thereafter, however, the hemostatic material begins to bind to the arterial tissue and biochemical hemostasis takes over. Once biochemical hemostasis becomes sufficiently strong to withstand the normal blood pressure within the artery, and therefore self-sustaining, external mechanical pressure can be removed."); col. 9:57-60; Cl. 4<br>'364 col. 4:3-9, col. 5:52-54; 4,749,689 col. 1:14-32; 5,192,302 col. 4:7-11, col. 10:66-11:6; 5,222,974 col. 5:31-32; 5,310,407 col. 3:44-59; 5,716,375 col. 4:29-35, col. 5:50-56, col. 7:42-47, Cls. 23, 24; '602 patent Cls. 3, 7, 14, 15, 17, 23; U.S. Pat. No. 5,591,205 Cls. 1, 6-8<br>U.S. Pat. App. No. 07/634,478 ("'478 App.") – pp. 14-15 ("Initially, when the plug is pressed against the artery, hemostasis is achieved by mechanical means, i.e., by application of mechanical pressure all around the arterial puncture. Shortly thereafter, however, the hemostatic material begins to bind to the arterial tissue and chemical hemostasis takes over. Once chemical hemostasis becomes sufficiently strong to withstand the normal blood pressure within the artery, and therefore self-sustaining, mechanical pressure can be removed.")<br>U.S. Pat. No. 5,139,183 ("'183") FH 9/15/93 Office Action – p. 4<br>U.S. Pat. No. 5,380,130 ("'130") FH 11/20/96 Office Action – pp. 3-4; |

JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
4:08-CV-04101-HFB

| Janzen Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | | 3/13/97 Office Action – pp. 6-7; 1/7/98 Office Action – pp. 2-5 Eur. Pat. App. No. 90118186.7 ("'186.7") FH 8/23/90 Application – pp. 1 ("The invention relates to a device for placing styptic material, particularly of a fibrous or spongy form on perforated blood vessels, in particular arteries."), 3-4 ("It is therefore an object of the invention to provide a device for placing styptic material on perforations in blood vessels with which a simple, quick and precise covering of the perforation in the blood vessel can be ensured.. ..  A prepared plug (preferably made of a collagenic material in the form of a collagenic fleece or a collagenic sponge, which represent all styptic materials here) located in the plug holder can then be pushed through the tube arrangement with the pusher, during which the front end of the sheath continues to lie on the perforation and is held in this position. With such an arrangement, a plug can be precisely positioned to the outer side of an artery wall perforated by an operation thereon in order to stop bleeding by haemostasis and thus prevent haematoma or an aneurism."), 8 ("Thereafter, pressure is applied onto the styptic material with the device for approximately 5 minutes before it is removed through the puncture channel in the tissue.  After the first minute, the pressure applied on the artery is reduced in order to allow the blood to circulate.  The haemostatic effect of the plug is thus activated and strenghtened by the fresh blood flowing by the perforation.")<br><br>*Extrinsic Evidence:*<br>AHD: hemostatic Acting to stop the flow of blood.  A hemostatic agent.<br>Webster's:hemostatic *n* an agent that checks bleeding  *adj* 1: of or caused by hemostasis  2: serving to check bleeding<br>Stedman's: hemostatic Arresting the flow of blood within the vessels<br>IDMB: hemostatic 1 Tending to cause hemostasis   2 An agent that causes hemostasis<br><br>Affidavit of Dr. Robert F. Wilson<br>Anderson Expert Report "The approach and the device used during a procedure employing the VasoSeal system to effect vascular access |

JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
4:08-CV-04101-HFB

| Janzen Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | | closure is fundamentally different from the approach and devices described in the Fowler patents. … The irregular puncture … is sealed by the combination of both physical tamponade through the use of an oversize plug and biochemical hemostasis through the use of collagen." "The oversized plug also serves as a physical barrier to the bleeding, complementing the natural biochemical hemostatic properties of the collagen and providing a more effective seal. … "collagen is as a hemostatic agent" Datascope's Opposition to Summary Judgment Janzen Dep. Tr. 6/26-6/28/96 – pp. 276-78<br><br>Hemostasis and Thrombosis, Second Edition (1987) (hereinafter "HT"): pp. 3-15, 778, 1026-1040; MIC:  pp. 91-93 |
| **adjacent**<br><br>*'498 patent, claim 1* | **plain and ordinary meaning**<br><br>**or, if necessary,**<br><br>**close to**<br><br>*Intrinsic Evidence:*<br><br>'439 Figs. 10-11, 14-20; Abstract; col. 8:61-9:5 ("As cartridge 91 is fully seated within chamber 97, a plunger 95 is used to push (see arrow C) plug 93 into and through sheath 45 until the plug exits the sheath so as to cover puncture 13 and fill that section of channel 9 which is adjacent puncture 13 (see FIGS. 17 and 17a)."); 4:64-66; 7:64-8:26; 8:57-60; 9:64-10:7.  '498 Cl. 1, 5, 8.<br><br>*Extrinsic Evidence:*<br><br>American Heritage definition of "adjacent" ("Close to; lying near."). | **abutting**<br><br>*Intrinsic Evidence:*<br><br>'439 Abstract; Figs. 9-11, 17-22; col. 2:4-24; col. 2:29-33 ("In its most simplified form, the instant invention involves the placing of hemostatic material against the outside wall of a punctured artery. The hemostatic material covers the entire puncture site and a hemostatic seal is formed so as to stop bleeding from the puncture wound."); col. 2:34-44; col. 2:45-54 ("The sheath is inserted through the tissue until its leading end is near to or abuts the outer wall of the artery. Thereafter, the plug is advanced through the sheath by use of the plug pusher until the plug abuts the artery wall and overlaps the arterial puncture on all sides. Finally, after a good seal has been established, the sheath and pusher are removed."); col. 3:15-17; col. 3:38-43; col. 5:31-51; col. 7:22-29; col. 7:30-33; col. 7:44-46 '478 App. Summary, as-filed claims Interference No. 105115 ("Int. '115")  6/18/03 Janzen Application of Specification to Claims – pp. 4-5 ("The sheath is inserted through the tissue until its leading end is near to or abuts the outer wall of the artery. |

JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
4:08-CV-04101-HFB

| Janzen Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | | Thereafter, the plug is advanced through the sheath by use of the plug pusher until the plug abuts the artery wall and overlaps the arterial puncture on all sides.")<br>'183 FH 6/9/94 Amendment after Final Rejection – pp. 14-15 ("… Kensey '612 in no way even suggests advancing the plug to abut the outside of the punctured vessel, in the manner of the claimed invention")<br>'130 FH 12/20/96 Amendment – pp. 10-11; 4/28/97 Amendment – pp. 4-13; 8/6/97 Office Action – pp. 2-3; 9/9/97 Amendment – pp. 3-6, Urbanski Decl.; 4/3/98 Amendment – pp.3-7<br>U.S. Pat. No. 5,741,223 FH 4/28/97 Amendment – pp. 4-5<br><br>*Extrinsic Evidence:*<br><br>AHD: <u>adjacent</u> 1. Close to; lying near. 2. Next to; adjoining.<br>Webster's: <u>adjacent</u> 1 a : not distant  b : having a common endpoint or border  adjacent may or may not imply contact but always implies absence of anything of the same kind in between<br>Stedman's: <u>adjacency</u> [L *adjacere* to lie contiguous with + y]  The degree to which objects of one type in a field containing two or more types are found to be contiguous to one another.<br><br>Janzen Dep. 6/28/96, pp. 543-45 |
| **lumen**<br><br>*'498 patent, claim 1* | **for the Janzen patents, space within a vessel or organ**<br><br>*Intrinsic Evidence:*<br><br>'439 Figs. 1, 5-23; col. 1:32-35; 2:8-14; 4:58-63; 5:32-35; 9:64-10:7. '498 Cl. 1, 5.<br><br>*Extrinsic Evidence:*<br><br>Taber's Cyclopedic Medical Dictionary (16th ed. 1989) (hereinafter "Taber's") definition of "lumen" ("The space within an artery, vein, | **open space within a vessel or organ**<br><br>*Intrinsic Evidence:*<br><br>'439 Figs. 5-11, 12E, 13-23; col. 1:25-35; col. 4:53-63<br>'183 FH 3/13/97 – Detailed Action ("Kensey ['301] further discloses in the paragraph bridging pages 11 and 12 that the toggle 106 engages the inner wall of the blood vessel which keeps the hemostatic material, i.e. collagen, from entering the lumen.")<br><br>*Extrinsic Evidence:* |

| Janzen Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | intestine, or tube."). Stedman's definition of "lumen." Dorland's definition of "lumen." Webster's definition of "lumen." | AHD: <u>lumen</u> 1. Anat. The inner open space of a tubular organ, as of a blood vessel or an intestine. Webster's: <u>lumen</u> 1 : the cavity of a tubular organ <the ~ of a blood vessel> 2 : the bore of a tube (as of a hollow needle or catheter) Stedman's: <u>lumen</u> 1. The space in the interior of a tubular structure, such as an artery or the intestine IDMB: <u>lumen</u> 1 The cavity within a tubular structure, either natural or artificial. Adelman expert report Wilson Affidavit "The balloon on the inside of the artery prevents injection or movement of hemostatic material into the arterial lumen." Pravel Report "'lumen' means 'the cavity of a tubular organ'." CCAI: pp. 62-70; MIC: pp. 7-23; CCH: pp. 37-93; HT: p. 1138 Janzen Dep. 6/27/96, pp. 305-06. |
| **sized to be fitted through a passageway leading to said puncture so that said distal end is disposed near said puncture in said artery** *'439 patent, claims 1, 8* | **plain and ordinary meaning** **or, if necessary,** **having a size that fits through the passageway towards the puncture so as to put the distal end near the puncture in the artery** *Intrinsic Evidence:* '439 Figs. 1, 7-11, 13-23; col. 2:20-24; 2:29-54; 3:38-43; 3:39-67; 4:14-28; 4:64-5:42; 6:38-50; 6:66-7:56; 7:64-8:26; 8:38-51; 8:57-60; 8:65-9:5; 9:17-37; 9:52-56; 9:64-10:7; Cl. 1, 8. *Extrinsic Evidence:* American Heritage definitions of "sized," "fitted," "dispose," "near," and "passageway." | **longer than the passageway to the puncture in the artery and wider than the puncture in the artery** *Intrinsic Evidence:* '439 Figs. 8-11, 14-20; col. 4:53-59 ("The size and shape of the tissue dilator are such as to ensure that the body thereof will not enter the artery. In terms of size, preferably a dilator is selected which is significantly larger than the original guide cannula 3.  With respect to its shape, unlike more traditional dilators which often have long tapered forward end, the tissue dilator 17 of the instant invention has a blunt forward end 21."); col. 5:14-15; col. 5:17-19; col. 7:51-55 ("As noted earlier, the sheath is substantially larger in cross section than is arterial puncture 13. Consequently when plug 57, which fills the entire cross section of the sheath channel, reaches the artery, even in its compressed state t overlaps |

| Janzen Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | | puncture 13 on all sides.") '478 App. Summary, as-filed claims '439 FH 3/6/95 Preliminary Amendment and Request for Declaration of Interference Tab A – Claim Sheet U.S. Pat. App. No. 08/701,630 FH 6/21/99 Final Office Action U.S. Pat. App. No. 5,591,204 ("'204") FH 5/23/96 Amendments; 7/2/96 Notice of Allowability '183 FH 12/15/93 Amendment – pp. 5-8; 6/9/94 Amendment After Final Rejection – pp. 10-12 ("This invention includes . . . a hollow insertion sheath adapted to pass through the tissue channel (this insertion sheath having a cross sectional profile larger than that of the original procedure sheath) . . . In contrast, Kensey '612 teaches a device for sealing percutaneous punctures which employs but a single sheath, namely the original procedure sheath, that remains in the patient's body from the beginning of the medical procedure which necessitated formation of the puncture in the first place until the point at which the puncture is sealed . . . Since Kensey '612 teaches that the procedure sheath used during the medical procedure in question is also used during puncture sealing, this patent neither discloses nor suggests at least the features of Applicants' claimed invention which relate to the use of a separate insertion sheath which is larger than the procedure sheath."), 13-16 ("Here, Applicant's specification repeatedly and consistently describes placement of the hemostatic material through the insertion sheath until that material covers, from the outside, the entire puncture in the blood vessel wall but does not involve placing anything inside the vessel lumen to cover the vessel puncture from the inside … Kensey clearly teaches that the pusher means pushes a plug which is no larger than the inside diameter of the procedure sheath … Applicants' insertion sheath is made larger than the procedure sheath to accept a large diameter plug which, because of its size will not enter the arterial lumen.") |

JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
4:08-CV-04101-HFB

| Janzen Claim Term | St. Jude's Proposed Construction<br>And Supporting Evidence | ACI's Proposed Construction<br>And Supporting Evidence |
|---|---|---|
| | | '130 FH 5/13/96 Amendment – pp. 5-10 ("[T]he hollow insertion sheath of claims 1 and 18 of the present invention can also be distinguished over that of Kensey '612, since once again it must have an inner diameter which is larger than the width of the puncture so that the hemostatic material, which itself is larger than the puncture, can slidably engage its inner diameter."); 4/28/97 Amendment – pp. 4-13; 8/6/97 Office Action – pp. 2-3<br>'186.7 FH Application pp. 2-3; 10/12/94 Response to EPO Communication – pp. 1-3<br><br>_Extrinsic Evidence_<br><br>Janzen Dep. Tr. 6/26-6/28/96 – pp. 239-43, 261-63, 340-42, 457-59, 543-45 |
| **[separable] plug means for plugging said puncture [being disposed in said elongate member]**<br><br>_'439 patent, claim 1_<br><br>_ACI contends that this element is governed under 35 U.S.C. section 112, ¶6._ | **not governed by § 112, ¶ 6**<br><br>**if construed as means-plus-function:**<br><br>**separable plug means being disposed in said elongate member: a separable resorbable plug being disposed in said elongate member, and equivalents thereof**<br><br>**function:  for plugging said puncture**<br>_Intrinsic Evidence:_<br><br>'439 Figs. 2-4, 8-22; col. 2:17-25 ("This is accomplished by using a plug, preferably a collagen plug or plug of some other resorbable material...."); 2:29-38; 3:37-43; 4:21-24; 4:30-47; 5:24-34; 5:43-55; 6:1-8; 6:38-50; 6:66-7:63; 8:18-26; 8:65-9:7; 9:13-37; 9:44-51; 9:57-63; 9:64-10:7; Cl. 1, 4, 7, 8. | **plug means:  Fig. 12E; col. 7:40-57; plug diameter in the elongated member is larger than the puncture so that the plug will not enter the artery**<br><br>**function:  plugging said puncture**<br><br>**if not governed by § 112, ¶ 6:  a plug with a diameter in the elongated member that is larger than the puncture so that the plug will not enter the artery**<br><br>_Intrinsic Evidence:_<br><br>See "plug" below<br>'439 Cls. 1, 8<br>'478 App. Summary<br>'439 FH 3/6/95 Preliminary Amendment and Request for Declaration of Interference Tab A – Claim Sheet<br>Int. '115  6/18/03 Janzen Application of Specification to Claims |

JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
4:08-CV-04101-HFB

| Janzen Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | | '183 FH 5/5/94 Interview summary and pending claims; 6/9/94 Amendment after Final Rejection pp. 13-14 ("Here, Applicant's specification repeatedly and consistently describes placement of the hemostatic material through the insertion sheath until that material covers, <u>from the outside</u>, the entire puncture in the blood vessel wall but does not involve placing anything inside the vessel lumen to cover the vessel puncture from the inside … Kensey clearly teaches that the pusher means pushes a plug which is no larger than the inside diameter of the procedure sheath …") '130 FH 5/13/96 Amendment ("Turning next to the amended claims herein, it is initially noted that the device of claims 1, 18 and 96 requires a charge of hemostatic material which has a size greater than the size of the puncture.  This requirement alone distinguishes over Kensey '612, in which in each case it is <u>required</u> that the hemostatic material charged through the tubular body 32 be smaller than the puncture, into which the tubular body 32 has already been placed."); 4/28/97 Amendment – pp. 4-13 ("The subject matter of claims 1 and 18 have now been more specifically clarified to distinguish over Kensey '301.  Thus, both of these claims now specifically require not only that the charge of hemostatic material have a width greater than the width of the puncture in the blood vessel itself . . .") '204 FH 7/2/96 Notice of Allowability '130 FH 5/13/96 Amendment pp. 5-10 *Extrinsic Evidence:* See "plug" below Janzen Dep. Tr. 6/26-6/28/96 – pp. 227-32, 239-43, 504-06, 526-28 |
| **[movable] guide means [extending longitudinally through said elongated member and said plug** | **not governed by § 112, ¶ 6** **if construed as means-plus-function:** | **guide means:  item 15 in Figs 6-8; col. 4:11-13; col. 7:43-49** **function:  guiding said plug means to said puncture** |

| Janzen Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| means] for guiding said plug means to said puncture<br><br>'439 patent, claim 1<br><br>ACI contends that this element is governed under 35 U.S.C. section 112, ¶6. | movable guide means extending longitudinally through said elongated member and said plug means:  a guide wire (for example, guide wire 15) capable of movement independent from said elongated member and said plug means and extending longitudinally through said elongated member and said plug means for extension through said puncture, and equivalents thereof<br><br>function:  for guiding said plug means to said puncture<br><br>*Intrinsic Evidence:*<br><br>'439 Figs 6, 8, 13-15, 17, 23; col. 1:25-35; 3:28-37; 4:10-18; 4:25-26; 4:48-52; 6:20-31; 6:61-65; 7:39-50; 8:34-42; 9:64-10:7; Cl. 1-2, 7-10. '498, Cl. 7. | if not governed by § 112, ¶ 6:  a guide wire<br><br>*Intrinsic Evidence:*<br><br>See "guide wire" below '439 FH 3/6/95 Preliminary Amendment and Request for Declaration of Interference Tab A – Claim Sheet Int. '115  6/18/03 Janzen Application of Specification to Claims '183 FH 6/9/94 Amendment after Final Rejection pp. 13-14<br><br>*Extrinsic Evidence:*<br><br>See "guide wire" below |
| means for ejecting said plug means [from said distal end of said elongate member so as to place said plug means in a blocking relation with said puncture, so as to seal said puncture]<br><br>'439 patent, claim 1<br><br>The parties agree that this element is governed under 35 U.S.C. section 112, ¶6. | governed by § 112, ¶ 6<br><br>means:  a plunger (for example, plunger 95, fig. 16) and retracting sheath (for example, sheath 45, fig. 16), and equivalents thereof<br><br>function:  for ejecting said plug means from said distal end of said elongated member so as to place said plug means in blocking relation with said puncture, so as to seal said puncture<br><br>*Intrinsic Evidence:*<br><br>'439 Figs. 1-4, 8-10; 14; 16-20; col. 8:61-9:25 (As cartridge 91 is fully seated within chamber 97, a plunger 95 is used to push (see arrow C) plug 93 into and through sheath 45 until the plug exits the sheath so as to cover puncture 13 and fill that section of channel 9 which is adjacent puncture 13 (see FIGS. 17 and 17a). Simultaneously, sheath 45 is slightly withdrawn (indicated by arrows D on FIG. 17) to permit plug 93 to be fully discharged from the sheath.); 2:45-54; 3:39-54; 4:1-13; 5:31-47; 5:56-67; 6:1-19; 6:34-50; 9:64-10:7; Cl. 1, 5-6, 8. | means for ejecting:  item 33 in Fig. 1; col. 4:1-13<br><br>function:  ejecting said plug means<br><br>if not governed by § 112, ¶ 6:  a plunger with a front end that does not extend past the front end of the elongate member<br><br>*Intrinsic Evidence:*<br><br>'439 Figs. 1-4, 9-10, 16-17; col. 4:1-13 ("[T]he plug pusher 33 is also comprised of two parts, an elongated piston 49, and a stop knob 43.  Piston 49 has a cross sectional size and configuration so as to permit sliding passage into channels 31 and 27 with only minimal clearance.  The length of piston 49 is such that when sheath assembly 23 and plug holder 29 are screwed tightly together, shoulder 51 of knob 43 will abut rear end 53 of plug holder 29 as front end 55 of piston 49 is aligned with front end 25 of sheath 45.   It should be noted that pusher 33 is provided with its own channel 19."); col. 5:39-47; col. 8:66-9:5 '439 FH 3/6/95 Preliminary Amendment and Request for Declaration of |

JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
4:08-CV-04101-HFB

| Janzen Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | | Interference Tab A – Claim Sheet<br>Int. '115 FH 6/18/03 Janzen Application of Specification to Claims<br>'183 FH 6/9/94 Amendment After Final Rejection, pp. 13-14 ("Here, the 'means for advancing said hemostatic material through said insertion sheath . . .' of claim 1 (and 18) is indisputably a means-plus-function element under § 112, ¶ 6 . . . The function recited in claim 1 is 'advancing said hemostatic material through said insertion sheath to the outside of said vessel wall around said puncture.'") |
| **blocking relation**<br><br>*'439 patent, claims 1, 8, 9, 10* | **plain and ordinary meaning**<br><br>**or, if necessary,**<br><br>**positioned to impede the passage**<br><br>*Intrinsic Evidence:*<br><br>'439 Figs. 9-11, 14-22; col. 2:23-44; 3:47-48; 3:39-51; 4:40-47; 4:64-5:3; 5:24-6:8; 6:38-41; 7:30-39; 7:51-63; 8:18-34; 8:52-56; 8:61-9:16; 9:23-51; 9:64-10:7; Cl. 1, 3, 8, 9, 10.<br><br>*Extrinsic Evidence:*<br><br>American Heritage definitions of "block" ("[t]o stop or impede the passage - of or movement through") and "relation." | **covering a hole and its perimeter to prevent passage therethrough**<br><br>*Intrinsic Evidence:*<br><br>'478 App. Summary<br>'183 FH 6/9/94 Amendment after Final Rejection pp. 13-14 ("Here, Applicant's specification repeatedly and consistently describes placement of the hemostatic material through the insertion sheath until that material covers, from the outside, the entire puncture in the blood vessel wall but does not involve placing anything inside the vessel lumen to cover the vessel puncture from the inside … Kensey clearly teaches that the pusher means pushes a plug which is no larger than the inside diameter of the procedure sheath …"); 4/28/97 Amendment – pp. 4-13<br>'130 FH 9/9/97 Amendment – pp. 3-6, Urbanski Decl.<br>'186.7 FH 10/12/94 Response to EPO Communication – pp. 1-3<br><br>*Extrinsic Evidence:*<br><br>AHD: <u>block</u> 4. To stop or impede the passage of or movement through  7. Med. To interrupt the proper functioning of (a physiological process).<br>Webster's: <u>block</u> 1 a: to make unsuitable for passage or progress, obstruction  c: to hinder the passage, progress, or accomplishment of by or as if interposing an obstruction<br>Stedman's: <u>block</u> 1. To obstruct; to arrest passage through.<br>IDMB: <u>block</u> 1 An obstruction or hindrance to passage.  2. Inhibition of |

| Janzen Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | | normal flow, action, or conduction. <br> Janzen Dep. Tr. 6/26-6/28/96 – pp. 227-32, 239-43, 504-06, 526-28 |
| **plug member for plugging said puncture being disposed in said elongate member** <br><br> *'439 patent, claim 8* | **plain and ordinary meaning** <br><br> *Intrinsic Evidence:* <br><br> '439 Figs. 2-4, 8-22; col. 2:17-25 ("This is accomplished by using a plug, preferably a collagen plug or plug of some other resorbable material...."); 2:29-38; 3:37-43; 4:21-24; 4:30-47; 5:24-34; 5:43-55; 6:1-8; 6:38-50; 6:66-7:63; 8:18-26; 8:65-9:7; 9:13-37; 9:44-51; 9:57-63; 9:64-10:7; Cl. 1, 4, 7, 8. | **a plug with a diameter in the elongated member that is larger than the puncture in the artery** <br><br> *Intrinsic Evidence:* <br><br> See "plug means" above. <br><br> *Extrinsic Evidence:* <br><br> See "plug means" above. |
| **guide element** <br><br> *'439 patent, claim 8* | **plain and ordinary meaning** <br><br> *Intrinsic Evidence:* <br><br> '439 Figs 6, 8, 13-15, 17, 23; col. 1:25-35; 3:28-37; 4:10-18; 4:25-26; 4:48-52; 6:20-31; 6:61-65; 7:39-50; 8:34-42; 9:64-10:7; Cl. 1-2, 7-10. '498, Cl. 7. | **guide wire** <br><br> *Intrinsic Evidence:* <br><br> See "guide means" above. <br><br> *Extrinsic Evidence:* <br><br> See "guide means" above. |
| **ejecting mechanism for ejecting said plug member [from said distal end of said elongate member so as to place said plug member in a blocking relation with said puncture, so as to seal said puncture]** | **not governed by § 112, ¶ 6** <br><br> **plain and ordinary meaning** <br><br> *Intrinsic Evidence:* <br><br> '439 Figs. 1-4, 8-10; 14; 16-20; col. 8:61-9:25 (As cartridge 91 is fully seated within chamber 97, a plunger 95 is used to push (see arrow C) plug 93 into and through sheath 45 until the plug exits the sheath so as to cover puncture 13 and fill that section of channel 9 which is adjacent | **ejecting mechanism: item 33 in Fig. 1; col. 4:1-13** <br><br> **function:  ejecting said plug member** <br><br> **if not governed by § 112, ¶ 6:  a plunger with a front end that does not extend past the front end of the elongate member** <br><br> *Intrinsic Evidence:* <br><br> See "means for ejecting" above. |

JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
4:08-CV-04101-HFB

| Janzen Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| *'439 patent, claim 8*<br><br>*ACI contends that this element is governed under 35 U.S.C. section 112, ¶6.* | puncture 13 (see FIGS. 17 and 17a). Simultaneously, sheath 45 is slightly withdrawn (indicated by arrows D on FIG. 17) to permit plug 93 to be fully discharged from the sheath.); 2:45-54; 3:39-54; 4:1-13; 5:31-47; 5:56-67; 6:1-19; 6:34-50; 9:64-10:7; Cl. 1, 5-6, 8. | '439 FH 3/6/95 Preliminary Amendment and Request for Declaration of Interference Tab A – Claim Sheet<br>Int. '115  6/18/03 Janzen Application of Specification to Claims |
| **exterior guide tube**<br><br>*'439 patent, claim 9* | **hollow tube through which other objects are inserted**<br><br>*Intrinsic Evidence:*<br><br>'439 Fig. 5; col. 1:28-41 ("The catheter or other device can then be inserted through the cannula with full confidence that when it emerges from the distal end it will be within the lumen of the artery."); 3:34-47; 4:14-24; 5:24-27; 8:18-20; 9:52-56; Cl. 9.  '498, Cl. 5.<br><br>'439 FH, 5/25/2000 Office Action, pp. 2-3.<br><br>*Extrinsic Evidence:*<br><br>American Heritage definition of "exterior." | **outermost hollow tube through which catheters are inserted**<br><br>*Intrinsic Evidence:*<br><br>'439 Fig. 5; col. 1:25-35; col. 1:47-49; col. 3:28-37; col. 4:14-17; 5:24-30; Cl. 3<br>'183 FH 6/9/94 Amendment After Final Rejection – pp. 11-12, 15-16<br><br>*Extrinsic Evidence:*<br><br>CCAI: pp. 62-70; MIC: pp. 7-23; CCH: pp. 37-93 |
| **A method … comprising the steps of:**<br><br>*'439 patent, claims 9, 10* | **plain and ordinary meaning**<br><br>*Intrinsic Evidence:*<br><br>'439 col. 6:56-65; 9:64-10:7; Cl. 9, 10.<br><br>'439 FH, 9/7/2000 Amendment pp. 3-4. | **a method including the following sequential steps:**<br><br>*Intrinsic Evidence:*<br><br>'439 Figs. 5-10; col. 1:18-35; col. 1:47-49; col. 3:1-18; col. 3:23-24; col. 3:28-43; col. 4:14-5:56<br>'439 FH 5/25/00 Office Action; 9/7/00 Amendment<br><br>*Extrinsic Evidence:*<br><br>CCAI: pp. 62-70; MIC: pp. 7-23; CCH: pp. 37-93 |

JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
4:08-CV-04101-HFB

| Janzen Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| **extending a plug**<br><br>*'439 patent, claim 9* | **plain and ordinary meaning**<br><br>*Intrinsic Evidence:*<br><br>'439 Figs. 14-15; 6:20-30; 9:64-10:7; Cl. 1, 3, 8-10.<br><br>'439 FH 9/7/2000 Amendment, pp. 3-4.<br><br>*Extrinsic Evidence:*<br><br>American Heritage's definition of "extend" ("[t]o make available; provide.").<br><br>Webster's definition of "extend." | **stretching a plug**<br><br>*Intrinsic Evidence:*<br><br>'439 Fig. 11; col. 4:34-47; col. 7:64-8:17; col. 9:26-37<br><br>*Extrinsic Evidence:*<br><br>AHD: <u>extend</u> -*tr.* 2. To stretch or spread out to fullest length.  5. a. To enlarge the area or scope of. b. To expand the influence of. c. To make more comprehensive or inclusive.  <u>extended</u> *adj* 1. Stretched or pulled out. 3. Enlarged or extensive in meaning, scope, or influence.<br>Webster's: <u>extend</u> 1: to spread or stretch forth  2 a: to stretch out to fullest length  6 a:to cause to be of greater area or volume : enlarge b: to increase the scope, meaning, or application of<br>Stedman's: <u>extend</u> [L to stretch out] To straighten a limb, to diminish or extinguish the angle formed by flexion; to place the distal segment of a limb n such a position that its axis is continuous with that of the proximal segment.<br>IDMB: <u>extend</u> To straighten a limb or other body part out at a joint |
| **seal(ed)**<br><br>*'439 patent, claims 1, 8, 9, 10* | **plain and ordinary meaning**<br><br>*Intrinsic Evidence:*<br><br>'439 Figs. 9-11, 14-22; col. 2:23-55; 3:47-48; 3:39-51; 4:30-35; 4:40-47; 4:64-5:3; 5:24-6:8; 6:38-41; 7:30-39; 7:44-63; 8:18-34; 8:52-56; 8:61-9:16; 9:23-51; 9:64-10:7; Cl. 1, 8, 9, 10.  '498 Cl. 1, 5.<br><br>*Extrinsic Evidence:*<br><br>American Heritage definition of "seal." | **"seal" means to close in a manner that prevents passage of liquid**<br><br>*Intrinsic Evidence:*<br><br>'439 Figs. 10-11, 17-22; col. 2:23-25; col. 2:28-38 ("In its most simplified form, the instant invention involves the placing of hemostatic material against the outside wall of a punctured artery. The hemostatic material covers the entire puncture site and a hemostatic seal is formed so as to stop bleeding from the puncture wound.   In one embodiment, the subject invention teaches the use of a plug, preferably of fibrous collagen material. The plug is inserted into the tissue wound and is held against the outside of the artery wall so as to overlap the puncture wound."); col. 2:48-52 |

JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
4:08-CV-04101-HFB

| Janzen Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | Dorland's definition of "seal." Webster's definition of "seal." Stedman's definition of "seal." Taber's definition of "seal." | '478 App. Summary '183 FH 6/9/94 Amendment after Final Rejection pp. 13-14 ("Here, Applicant's specification repeatedly and consistently describes placement of the hemostatic material through the insertion sheath until that material covers, <u>from the outside</u>, the entire puncture in the blood vessel wall but does not involve placing anything inside the vessel lumen to cover the vessel puncture from the inside … Kensey clearly teaches that the pusher means pushes a plug which is no larger than the inside diameter of the procedure sheath …") '204 FH 7/2/96 Notice of Allowability *Extrinsic Evidence:* AHD: <u>seal</u> 3. An adhesive agent, as wax or putty, used to close or secure something to prevent seepage of moisture or air.  5. An airtight closure. Webster's: <u>seal</u> *n* 2c(1) : a tight and perfect closure (as against the passage of gas or water)  *vt* 3b : to close or make secure against access, leakage, or passage by a fastening or coating Stedman's: <u>seal</u>: 1. An airtight closure.  2. To effect an airtight closure. IDMB: <u>seal</u> Something used to close or secure firmly. |
| **plug** *'439 patent, claims 1, 7 ("plug means"), 8 ("plug member"), 9, 10* | **plain and ordinary meaning** **or, if necessary,** **mass that obstructs a hole** *Intrinsic Evidence:* '439 Figs. 2-4, 8-22; col. 2:17-25 ("This is accomplished by using a plug, preferably a collagen plug or plug of some other resorbable material...."); 2:29-38; 3:37-43; 4:21-24; 4:30-47; 5:24-34; 5:43-55; 6:1-8; 6:38-50; 6:66-7:63; 8:18-26; 8:65-9:7; 9:13-37; 9:44-51; 9:57-63; | **item that occupies and fills a hole** *Intrinsic Evidence:* '439 Figs. 9-12, 17-22; col. 2:28-32 ("In its most simplified form, the instant invention involves the placing of hemostatic material against the outside wall of a punctured artery. The hemostatic material covers the entire puncture site and a hemostatic seal is formed so as to stop bleeding from the puncture wound."); col. 3:38-43; col. 6:38-41; col. 7:3-29; col. 7:51-57 ("As noted earlier, the sheath is substantially larger in cross section than is arterial puncture 13.  Consequently when plug 57, which |

| Janzen Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | 9:64-10:7; Cl. 1, 3-5, 7-10. *Extrinsic Evidence:* Taber's definition of "plug" ("Mass obstructing a hole or intended for closing a hole."). Dorland's definition of "plug." American Heritage definition of "plug." Webster's definition of "plug." | fills the entire cross section of the sheath channel, reaches the artery, even in its compressed state t overlaps puncture 13 on all sides. Obviously, then when it exits the sheath and is permitted to expand, a full bandage-like covering over puncture 13 is assured."); col. 8:4-9; col. 8:65-9:3; col. 9:13-16; col. 9:23-25; col. 9:28-37; col. 9:44-47; Cls. 1, 8 '204 FH 7/2/96 Notice of Allowability '130 FH 5/13/96 Amendment pp. 5-10; 8/6/97 Office Action – pp. 2-3 '183 FH 4/28/97 Amendment – pp. 4-13 '186.7 FH 10/12/94 Response to EPO Communication – pp. 1-3 *Extrinsic Evidence:* AHD: plug 1. An object, such as a cork or wad of cloth, used to stop a hole or gap. 5. Geol. A mass of igneous rock filling the opening or vent, of a volcano. Webster's: plug 1 a: a piece used to fill a hole : stopper  b: an obtruding or obstructing mass of material resembling a stopper Stedman's: plug Any mass filling a hole or closing an orifice. IDMB: plug Something that stops up an orifice or opening, especially when inserted for that purpose or if removable. Janzen Dep. Tr. 6/26-6/28/96 – pp. 227-32, 239-43, 504-06, 526-28 |
| **guide wire** '439 patent, claims 9, 10 | **plain and ordinary meaning** **or, if necessary,** **wire used to assist in positioning** *Intrinsic Evidence:* '439 Figs 6, 8, 13-15, 17, 23; col. 1:25-35; 3:28-33; 4:10-18; 4:25-26; 4:48-52; 6:20-31; 6:61-65; 7:39-50; 8:34-42; 9:64-10:7; Cl. 1-2, 7-10. | **a wire for guiding and exchanging catheters** *Intrinsic Evidence:* '439 Figs. 1, 6-8, 14, 23; col. 1:25-31 ("These procedures are normally initiated by insertion of an angiographic needle, followed by passing a guide wire through that needle into the artery. The needle is then removed leaving the guide wire in place. Next, a sheath-dilator set is passed over the guide wire into the artery in order to enlarge the opening sufficiently to permit entry of the catheter or other device. The dilator is then removed, |

| Janzen Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | '498, Cl. 7.<br><br>*Extrinsic Evidence:*<br><br>Manual of Interventional Cardiology (1992), pp. 12; 22; 25; 28.<br><br>The Cardiac Catheterization Handbook (1991), p. 75.<br><br>U.S. Patent No. 5,047,035, Figs. 5, 6; col. 1:6-10; 2:24-34; 2:54-65.<br><br>U.S. Patent No. 4,867,174 Fig. 1; col. 1:11-20; 2:23-31; 2:57-67.<br><br>U.S. Patent No. 4,787,884, Abstract; Fig 1; col. 2:11-15; 2:22-23; 4:17-24.<br><br>U.S. Patent No. 4,726,369, Fig 1; col. 1:8-12. | leaving the sheath or guide cannula in place. "); col. 3:28-37; col. 4:10-13; col. 4:25-28; col. 7:40-50; Cl. 2<br>U.S. Pat. Nos. 5,716,375 col. 6:49-59; 4,744,364 col. 3:25-36<br><br>*Extrinsic Evidence:*<br><br>CCAI: pp. 62-70; MIC: pp. 7-23; CCH: pp. 37-93 |
| **threading a plug over said guide wire**<br><br>*'439 patent, claim 10* | **passing a plug over the guide wire**<br><br>*Intrinsic Evidence:*<br><br>'439 Figs. 14, 15; col. 7:40-50 ("The plug is slid down along the guide wire through tissue channel 9 until its front end reaches the wall of the femoral artery."); 9:64-10:7; Cl. 10.<br><br>*Extrinsic Evidence:*<br><br>Webster's Online Dictionary definition of "threading" ("to pass (as a tape, line, or film) into or through something").<br><br>Webster's Dictionary definition of "threading."<br><br>American Heritage definition of "threading." | **feeding the proximal end of the guide wire into and through the lumen in the plug**<br><br>*Intrinsic Evidence:*<br><br>'439 Figs. 1, 6-8, 14, 23; col. 1:25-31; col. 3:28-37; col. 4:10-13; col. 4:25-28; col. 7:40-50 ("FIG. 12e shows yet another form of plug, similar to the plug of FIG. 12d, but with a lumen 85. This form of plug is designed for use by physicians who prefer not to remove the guide wire immediately after a procedure. The proximal end of the guide wire 15 can be fed through lumen 85 and through the collagen membrane 81. The plug is slid down along the guide wire through tissue channel 9 until its front end reaches the wall of the femoral artery. Indeed, the plug of FIG. 12e could even be inserted without the use of a sheath. When the wire 15 is withdrawn, the collagen membrane automatically reseals itself."); Cl. 2<br>'478 App. |

| Janzen Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | | *Extrinsic Evidence:*<br><br>AHD: thread –*tr*. 1. a. To pass one end of a thread through the eye of (a needle or similar device). b. To pass (something) through in the manner of a thread: thread the wire through the opening.<br>Webster's: thread *vt* 1 a: to pass a thread through the eye of (a needle)  2 a (1): to pass something through in the manner of a thread <~ a pipe with wire> |
| **moving the plug inwardly along the guide wire**<br><br>*'439 patent, claims 9, 10* | **plain and ordinary meaning**<br><br>*Intrinsic Evidence:*<br>'439 Figs. 8, 13-15; col. 4:25-26; 4:10-18; 6:20-31; 7:40-50; Cl. 9, 10.<br><br>*Extrinsic Evidence:*<br>American Heritage definitions of "inwardly" and "along." | **advancing the plug from the proximal end of the guide wire toward the patient**<br><br>*Intrinsic Evidence:*<br>'439 Figs. 1, 6-8, 14, 23; col. 1:25-31; col. 3:28-37; col. 4:10-13; col. 4:25-28; col. 7:40-50 ("FIG. 12e shows yet another form of plug, similar to the plug of FIG. 12d, but with a lumen 85. This form of plug is designed for use by physicians who prefer not to remove the guide wire immediately after a procedure. The proximal end of the guide wire 15 can be fed through lumen 85 and through the collagen membrane 81. The plug is slid down along the guide wire through tissue channel 9 until its front end reaches the wall of the femoral artery. Indeed, the plug of FIG. 12e could even be inserted without the use of a sheath. When the wire 15 is withdrawn, the collagen membrane automatically reseals itself."); Cl. 2<br>'478 App.<br><br>*Extrinsic Evidence:*<br>CCAI: pp. 62-70; MIC: pp. 7-23; CCH: pp. 37-93 |
| **distal end** | **plain and ordinary meaning** | **plain and ordinary meaning** |

JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
4:08-CV-04101-HFB

03779.51475/3179723.1

| Janzen Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| *'439 patent, claims 1, 8* | **or, if necessary,**<br><br>**end further away from the operator**<br><br>*Intrinsic Evidence:*<br><br>'439 Fig. 7-11, 13-22; col. 1:32-35; 5:4-14; 8:45-47; 8:52-54; Cl. 1, 8.<br><br>*Extrinsic Evidence:*<br><br>Dorland's definition of "distal" ("farther from any point of reference").<br><br>Stedman's definition of "distal." | **or, if necessary,**<br><br>**end nearest to the patient**<br><br>*Intrinsic Evidence:*<br><br>'439 Fig. 14; col. 1:25-35; col. 5:10-13; col. 8:52-56<br><br>*Extrinsic Evidence:*<br><br>AHD: <u>distal</u> Anatomically located far from the origin or line of attachment, as a bone.<br>Webster's: <u>distal</u> 1 : far from the point of attachment or origin – compare proximal<br>Stedman's: <u>distal</u> 1. Situated away from the center of the body, or from the point of origin; specifically applied to the extremity or distant part of a limb or organ.<br>IDMB: <u>distal</u>  Farthest or farther away from the beginning, the attached end, the center, or the midline; proximal = Nearest or nearer the beginning, the attached end, the center, or the midline.<br>CCAI: pp. 62-70; MIC: pp. 7-23; CCH: pp. 37-93 |
| **device**<br><br>*'439 patent, claims 1, 7, 8* | **ACI first proposed construing this term at approximately 5:30 pm (CST) on October 30, 2009—the day that the Joint Claim Construction Statement was due.  The agreed upon deadline for identifying terms for construction was October 2, 2009.  ACI first provided its proposed construction for this term at 6:31 pm (CST) on October 30, 2009.**<br><br>**While St. Jude has agreed to include ACI's proposed additional term in the Joint Claim Construction Statement, St Jude has not had the opportunity to evaluate or respond to the proposed term or ACI's proposed construction.  St. Jude reserves all of its rights and** | **plain and ordinary meaning, except that the "device" may not enter the blood vessel**<br><br>*Intrinsic Evidence:*<br><br>'204 FH 5/23/96 Amendment Under 37 C.F.R. § 1.116 – pp. 5-8<br>'130 FH 5/13/96 Amendment – pp. 5-10<br>'183 FH 4/28/97 Amendment – pp. 4-13 |

| Janzen Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | **objections, including the right to argue that this term should not be construed for being untimely identified, or to otherwise respond.** | |

JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
4:08-CV-04101-HFB

St. Jude v. ACI

Case No. 4:08-CV-04101-HFB

<u>JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT</u>'

Fowler Exhibit: U.S. Patent Nos. 5,275,616 (the "'616 patent"), 5,601,602 (the "'602 patent"), and 5,716,375 (the "'375 patent")

| Fowler Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| seal(ing)(ly)<br><br>*'616 patent, claim 9 and '602 patent claim 38* | **plain and ordinary meaning**<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 2-8; Abstract; col. 2:4-36; 2:42-50; 3:48-56; 4:67-5:3; 5:8-15; 5:29-47; 7:34-47; 7:49-53; Cl. 1, 2, 9, 12, 20, 21, 23, 28, 31; '616 Cl. 1, 5, 6, 9, 16, 19; '602 Cl. 1, 2, 7, 16, 17, 23, 26, 29, 38, 40, 43.<br><br>*Extrinsic Evidence:*<br><br>American Heritage definition of "seal."<br><br>Dorland's definition of "sealingly" and "seal."<br><br>Webster's definition of "seal."<br><br>Stedman's definition of "seal."<br><br>Taber's definition of "seal." | **"seal" means to close in a manner that prevents passage of liquid**<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 2-9; col. 3:52-56 ("It is contemplated that the present invention may be used with nearly any catheterization or other medical procedure wherein it is desirable to seal an incision or puncture to prevent the loss of the patient's body fluid therethrough."); Cls. 12, 20<br>'602  Cls. 2, 16; '616 Cls. 9, 16, 19<br>U.S. Pat. No. 5,478,352 ("'352") FH 12/6/93 Preliminary Amendment – pp. 2-3<br><br>*Extrinsic Evidence:*<br><br>The American Heritage Dictionary, Second Edition (1991) (Hereinafter "AHD): <u>seal</u> 3. An adhesive agent, as wax or putty, used to close or secure something to prevent seepage of moisture or air.  5. An airtight closure.<br>Webster's <u>seal</u> *n* 2c(1) : a tight and perfect closure (as against the passage of gas or water)  *vt* 3b : to close or make secure against access, leakage, or passage by a fastening or coating<br>Stedman's <u>seal</u>: 1. An airtight closure.  2. To effect an airtight closure.<br>IDMB <u>seal</u> Something used to close or secure firmly. |

| Fowler Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| **incision**<br><br>*'616 patent, claim 9, '602 patent, claims 38, 40, 43, '375 patent claim 21* | **plain and ordinary meaning**<br><br>**or, if necessary,**<br><br>**opening created during a procedure**<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 1-8; Abstract; col. 1:22-54 ("…the nurse or physician will create an opening into an artery or other vessel with a conventional catheter introducer or dilator."); 2:43-50; 2:53-3:2; 3:49-56; 3:59-4:16; 4:44-5:28; 6:53-7:53; Cl. 1-3, 6-12, 16-24, 28-32.  '616 Cl. 1, 4-8, 9, 11-17, 19, 20.  '602 Cl. 1, 2, 7, 10, 13, 16-18, 20-24, 26, 27, 29-35, 38, 40, 43-45. | **cutting wound**<br><br>*Intrinsic Evidence:*<br><br>'375 Abstract; col. 1:16-19; col. 3:32-36; col. 3:49-56; col. 3:67-4:5; Cls. 1, 2, 9, 12, 20, 21, 23, 28, 31<br>'602 Cls. 1, 2, 7, 16, 23, 26, 29, 40, 43; '616 Cls. 1, 5, 6, 8, 9, 16, 19<br>U.S. Pat. Nos. 4,744,364 ("'364") col. 3:42-45, col. 6:2-6; 4,890,612 ("'612") col. 8:27-30; 5,021,059 ("'059") col. 5:63-68, col. 13:15-17<br><br>*Extrinsic Evidence:*<br><br>AHD: <u>incise</u> 1. To cut into or mark with a sharp instrument.  <u>incision</u> 2.a. A surgical cut into soft tissue.<br>Webster's: <u>incise</u> 1 to cut into  <u>incision</u> 1b cut. gash. *specif* : a wound made esp. in surgery by incising the body<br>Stedman's: <u>incision</u>  A cut; a surgical wound; a division of the soft parts made with a knife.<br>IDMB: <u>incise</u>  To cut into or divide with a knife, scissors, or other sharp instrument during a surgical procedure.  <u>incision</u> A surgical cut with a sharp instrument into the body that results in a division of tissue and creation of a wound.<br><br>MIC: pp.7-23<br>CCAI: pp. 62-70 |
| **lumen**<br><br>*'616 patent, claim 9* | **for the Fowler patents, space within a vessel or organ and the walls surrounding the space**<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 1-8; col. 4:38-40. ("[T]he distal end 32 of the vessel plug 20 is preferably contoured to conform to the outer lumen of the artery | **open space within a vessel or organ**<br><br>*Intrinsic Evidence:*<br><br>'375 col. 2:15-19; col. 3:3-7 ("An advantage of the present invention is that the distal end of the vessel plug does not extend into the blood vessel duct or lumen and therefore, the flow of fluid through the vessel is not |

JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
4:08-CV-04101-HFB

| Fowler Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | 10."); 1:65-2:6; 2:32-36; 2:47-3:2; 4:35-40; 4:61-5:3; 5:41-47; 6:21-25; 6:64-7:6; 7:24-33; 7:42-53; Cl. 1, 9.  '616 Cl. 1, 5-9, 17.  '602 Cl. 26, 29, 37, 39, 42.

*Extrinsic Evidence:*

Taber's definition of "lumen" ("The space within an artery, vein, intestine, or tube.").

Stedman's definition of "lumen."

Dorland's definition of "lumen."

Webster's definition of "lumen." | obstructed by the vessel plug and the likelihood that a thrombosis will form at the incision site is reduced."); col. 3:35-38; Cls. 7, 8, 29 '602 Cls. 37, 39, 42; '616 Cl. 17 '375 FH 4/1/97 Amendment and Response – p. 8

*Extrinsic Evidence:*

AHD: <u>lumen</u> 1. Anat. The inner open space of a tubular organ, as of a blood vessel or an intestine. Webster's: <u>lumen</u> 1 : the cavity of a tubular organ <the ~ of a blood vessel> 2 : the bore of a tube (as of a hollow needle or catheter) Stedman's: <u>lumen</u> 1. The space in the interior of a tubular structure, such as an artery or the intestine IDMB: <u>lumen</u> 1 The cavity within a tubular structure, either natural or artificial.

Adelman expert report Wilson Affidavit "The balloon on the inside of the artery prevents injection or movement of hemostatic material into the arterial lumen." Pravel Report "'lumen' means 'the cavity of a tubular organ'." CCAI: pp. 62-70; MIC: pp. 7-23; CCH: pp. 37-93; HT: p. 1138 Janzen Dep. 6/27/96, pp. 305-06 |
| **vessel plug**

'616 patent, claim 9, '602 patent, claims 38, 40, 43, '375 patent claim 21 | **plain and ordinary meaning**

**or, if necessary,**

**mass that obstructs a hole in a vessel**

*Intrinsic Evidence:*

'375 Figs. 1-8; Abstract; col. 1:16-20; 2:15-32; 2:51-3:11; 4:12-5:60; | **item that occupies and fills a hole in a vessel**

*Intrinsic Evidence:*

'375 Figs. 2-4, 9; Abstract '612 Figs. 4, 9, 11, 12, col. 1:50-60, col. 7:11-23 U.S. Pat. Nos. 5,061,274 ("'274") Figs. 7-8, col. 3:52-55 ("The plug is then drawn back through the incision or puncture so that the peripheral tissue engagement surface intimately engages the tissue contiguous with the |

| Fowler Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | 6:10-46; 7:1-23; 7:34-53; Cl. 21-24, 28, 31, 32.  '616, Cl. 1-6, 8, 10-12, 19, 20.  '602 Cl. 1-3, 16, 26-32, 36, 38, 40, 41, 43, 45.<br><br>*Extrinsic Evidence:*<br><br>Taber's definition of "plug" ("A mass obstructing a hole or intended for closing a hole.").<br><br>American Heritage definition of "plug."<br><br>Stedman's definition of "plug."<br><br>Dorland's definitions of "plug." | incision or puncture."), col. 5:39-42 ("As can be seen clearly in FIG. 1, the device 20 basically comprises a closure or plug, whose details will be described later, which is arranged to be drawn into the puncture or incision 28 to seal it."); 5,192,302 ("'302") col. 9:53-61<br>'616 FH 8/10/94 Request for Reexamination – p. 88<br><br>*Extrinsic Evidence:*<br><br>AHD: <u>plug</u> 1. An object, such as a cork or wad of cloth, used to stop a hole or gap. 5. Geol. A mass of igneous rock filling the opening or vent, of a volcano.<br>Webster's: <u>plug</u> 1 a : a piece used to fill a hole : stopper b : an obtruding or obstructing mass of material resembling a stopper<br>Stedman's: <u>plug</u> Any mass filling a hole or closing an orifice.<br>IDMB: <u>plug</u> Something that stops up an orifice or opening, especially when inserted for that purpose or if removable.<br><br>Anderson Expert Report "The Fowler patents … describe only devices for placement of a collagen plug at or near the inside wall surface of an artery. In neither device described in the Fowler patents is there any teaching of either the method or material necessary to place a collagen plug at the outside wall surface of the artery." |
| **dimensioned to be received in the incision**<br><br>*'616 patent, claim 9* | **plain and ordinary meaning**<br><br>**or, if necessary,**<br><br>**sized to fit into the incision**<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 1-8; Abstract; col. 1:16-19; 1:24-26; 2:53-61; 4:38-49; 4:64- | **diameter small enough to fit into the incision**<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 1-9<br><br>*Extrinsic Evidence:*<br><br>Janzen Depo. June 26-28, 1996  pp. 239-243, 261-263, 340-342, 457-459 |

| Fowler Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | 5:60; 6:52-7:23; 7:34-38; 7:49-53; Cl. 23.  '616, Cl. 1, 5, 9, 20.  '602, Cl. 1, 11, 12, 29, 37, 42.<br><br>_Extrinsic Evidence:_<br><br>American Heritage definitions of "dimension" and "receive." | |
| **located proximally of blood vessel/ extends proximally of the target organ or blood vessel/ proximally of the blood vessel**<br><br>_'616 patent, claim 9, '602 patent, claim 38, '375 patent claim 21_ | **plain and ordinary meaning**<br><br>**or, if necessary,**<br><br>**"proximally" means close to**<br><br>_Intrinsic Evidence:_<br><br>'375 Figs. 1-8; col. 5:41-47 ("By positioning the distal end 32 of the vessel plug 20 at or near the outer lumen of the artery 10."); 2:53-65; 3:3-7; 4:60-5:20; 7:34-53; Cl. 12, 20, 21, 23, 28, 31.  '616, Cl. 1, 5, 7, 9-11, 19.  '602, Cl. 1, 2, 7, 16, 17, 23, 27, 29, 30, 31, 38.<br><br>'616 reexam FH, 8/15/95 Notice Of Intent To Issue Reexamination Certificate – p. 2.<br><br>_Extrinsic Evidence:_<br><br>Merriam-Webster Online Dictionary definition of "proximal" ("situated close to").<br><br>Stedman's definition of "proximal."<br><br>American Heritage definition of "proximal." | **away from the midline of the blood vessel (or organ)**<br><br>_Intrinsic Evidence:_<br><br>'375 Figs. 2-9; col. 3:56-59 ("As used herein, the distal end of an element is referred to as the end of the element nearest to the patient and the proximal end is referred to as the element furthest away from  the patient."); col. 7:15-23; Cls. 21, 23<br>Fowler '300 patent Cl. 1, 3, 4<br>'616 FH 4/17/95 Response to Reexamination Office Action – pp. 3-4<br>U.S. Pat. No. 5,108,421 ("'421") FH 6/20/91 Amendment and Response pp. 2-4; 9/24/91 Amendment After Final Rejection  pp. 2-7; 10/17/91 Advisory Action; 10/29/1991 Interview Summary<br>'352 FH 10/6/93 Preliminary Amendment pp. 2-5<br><br>_Extrinsic Evidence:_<br><br>AHD: proximal 1. Nearest; proximate. 2. _Biol_. Near the central part of the body or a point of attachment or origin<br>Webster's: proximal 1 : situated close to : proximate 2 : next to or nearest the point of attachment or origin, a central point, of the point of view; _esp_ : located toward the center of the body – compare distal<br>Stedman's: proximal 1. Proximalis; nearest the trunk or the point of origin, said part of a limb, of an artery or a nerve, etc., so situated.<br>IDMB: proximal 1 Nearest or nearer the beginning, the attached end, the |

14

| Fowler Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | | center, or the midline.  Compare distal.

Anderson Expert Report "The Fowler patents … describe only devices for placement of a collagen plug at or near the inside wall surface of an artery. In neither device described in the Fowler patents is there any teaching of either the method or material necessary to place a collagen plug at the outside wall surface of the artery."

Fowler Feb 1 1990 lab notebook entry "A critical aspect of the 'device' placement involves the location of its vessel facing end such that it neither extends into the vessel lumen, nor leaves a large void outside of the vessel lumen. In other words, the depth of 'device' insertion within the percutaneous tunnel is critical for optimal placement of the end of the 'device' across the vessel opening.  In other words, the depth of 'device' insertion within the percutaneous tunnel is critical for optimal placement of the end of the 'device' across the vessel opening."

Wilson Affidavit "The balloon on the inside of the artery prevents injection or movement of hemostatic material into the arterial lumen." |
| **without extending into the blood vessel/ without extending into said vessel or said organ**

*'616 patent, claim 9, '602 patent, claim 38, '375 patent claim 21* | plain and ordinary meaning

*Intrinsic Evidence:*

'375 Figs. 1-8; col. 3:3-11 ("An advantage of the present invention is that the distal end of the vessel plug does not extend into the blood vessel duct or lumen and therefore, the flow of fluid through the vessel is not obstructed by the vessel plug and the likelihood that a thrombosis will form at the incision site is reduced."); 2:11-37; 2:43-46; 2:53-65; 4:35-40; 4:64-5:47; 6:21-25; 7:15-23; 7:34-53; Cl. 12, 20, 21, 23, 28, 31.  '616, Cl. 1, 5, 7, 9-11, 19.  '602, Cl. 1, 2, 7, 16, 17, 23, 27, 29, 30, 31, 38. | **without extending into open space in the vessel (or the organ)**

*Intrinsic Evidence:*

'375 Figs. 2-9; col. 2:61-65; 3:3-7 ("An advantage of the present invention is that the distal end of the vessel plug does not extend into the blood vessel duct or lumen and therefore, the flow of fluid through the vessel is not obstructed by the vessel plug and the likelihood that a thrombosis will form at the incision site is reduced.")

*Extrinsic Evidence:* |

| Fowler Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | '616 reexam FH, 8/15/95 Notice Of Intent To Issue Reexamination Certificate – p. 2. | Anderson Expert Report "The Fowler patents … describe only devices for placement of a collagen plug at or near the inside wall surface of an artery. In neither device described in the Fowler patents is there any teaching of either the method or material necessary to place a collagen plug at the outside wall surface of the artery."

Fowler Feb 1 1990 lab notebook entry "A critical aspect of the 'device' placement involves the location of its vessel facing end such that it neither extends into the vessel lumen, nor leaves a large void outside of the vessel lumen. In other words, the depth of 'device' insertion within the percutaneous tunnel is critical for optimal placement of the end of the 'device' across the vessel opening.  In other words, the depth of 'device' insertion within the percutaneous tunnel is critical for optimal placement of the end of the 'device' across the vessel opening."

Wilson Affidavit "The balloon on the inside of the artery prevents injection or movement of hemostatic material into the arterial lumen." |
| **puncture**

*'602 patent, claims 38, 40, 43* | **plain and ordinary meaning**

**or, if necessary,**

**hole or slit**

*Intrinsic Evidence:*

'375 Figs. 1-8; Abstract; col. 1:16-42; 1:49-54; 1:65-2:36; 2:43-3:2; 3:49-56; 3:60-4:5; 4:44-5:46; 6:47-7:53; '602, Cl. 38, 40, 43.

*Extrinsic Evidence:*

Taber's definition of "puncture." | **piercing wound**

*Intrinsic Evidence:*

'375 Abstract; col. 1:16-19; col. 3:32-36; col. 3:49-56; col. 3:67-4:5 ("The needle is inserted between 6 mm and 70 mm percutaneously into the skin of the patient until the needle pierces the femoral artery. The puncture of the artery 10 by the needle is then confirmed by the physician and a small diameter guide wire (not shown) is inserted through the needle for approximately 15 to 20 cm."); Cls. 1, 2, 9, 12, 20, 21, 23, 28, 31 '602 Cls. 1, 2, 7, 16, 23, 26, 29, 40, 43; '616 Cls. 1, 5, 6, 8, 9, 16, 19 '364 col. 3:42-45; '612 col. 8:27-30; '059 col. 5:63-68, col. 13:15-17

*Extrinsic Evidence:* |

| Fowler Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | Stedman's definition of "puncture." Dorland's definition of "puncture." | AHD: <u>puncture</u>  1. To pierce with a pointed object  2. To make (a hole) by piercing. Webster's: <u>puncture</u> *n* 2 : a hole, wound, or perforation made by puncturing  *vb* 1 : to pierce with or as if with a pointed instrument or object Stedman's: <u>puncture</u> 1. To make a hole with a small pointed object, such as a needle. 2. A prick or small hole made with a pointed instrument. IDMB: <u>puncture</u> 1 To perforate with a sharp point.  2. A perforation made with a sharp point. MIC: pp.7-23 CCAI: pp. 62-70 CCH: pp. 37-93 |
| **relaxed/expanded** *'602 patent, claims 38, 40, 43* | **plain and ordinary meaning** **or, if necessary,** **"relaxed" means deflated and "expanded" means inflated** *Intrinsic Evidence:* '375 Figs. 1-3; col. 4:17-28 ("The balloon catheter preferably has an outer diameter of 1 mm or less and includes an inflatable balloon 24 on the distal end 26 thereof."); 1:66-2:6; 2:57-66; 4:47-63; 5:3-8; 7:48-53; Cl. 21.  '616, Cl. 13, 15, 16.  '602, Cl. 9, 10, 33, 35, 37, 38-40, 42, 43, 45. *Extrinsic Evidence:* American Heritage definitions of "relax" and "expand." | **"relaxed" means slack; "expanded" means enlarged** *Intrinsic Evidence:* '375 Figs. 1 (relaxed), 2-3 (expanded); Cls. 4, 5 '602 Cl. 35; '616 Cls. 13-15 *Extrinsic Evidence:* AHD: <u>relax</u> –*tr.* 1. To make lax or loose  3. To reduce in intensity; slacken. 4. To relieve from effort or strain.  –*intr.* 2. To become lax or loose. Webster's: <u>relax</u> *vt* 1 : to make less tense or rigid : slacken  3 : to make soft or enervated  *vi* 1 : to become lax, weak, or loose Stedman's: relax 1. To loosen; to slacken. IDMB: <u>relax</u> [L *relax(are)* ( from *re-* anew + *laxare* to loosen, from *laxus* slack, loosened) to relax]  1 To relieve all tension on a muscle |

| Fowler Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | Merriam-Webster Online Dictionary definitions of "relax" and "expand." | |
| **dimensioned to be inserted within the puncture so that said expandable member is positioned within a target organ or blood vessel of the patient / dimensioned to be positioned within a target organ or blood vessel of the patient**<br><br>*'602 patent, claims 38, 40* | **plain and ordinary meaning**<br><br>**or, if necessary,**<br><br>**sized to fit into the puncture so that the expandable member is positioned within a target organ or blood vessel of the patient / sized to fit into the target organ or blood vessel of the patient**<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 1-3; col. 4:43-4:57 ("…the balloon catheter 22 is properly positioned in the incision so that the distal end 26 of the balloon catheter 22 extends into the artery 10…."); 1:16-19; 1:22-37; 2:51-61; 4:17-21; 7:49-53.  '616, Cl. 6.  '602, Cl. 38, 40.<br><br>*Extrinsic Evidence:*<br><br>American Heritage definitions of "dimension" and "insert." | **shaft member small enough to pass through the incision and long enough so that the expandable member can be inserted into the target organ or blood vessel**<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 1-9<br><br>*Extrinsic Evidence:*<br><br>Janzen Depo. June 26-28, 1996  pp. 239-243, 261-263, 340-342, 457-459 |
| **(operatively) associated with**<br><br>*'602 patent, claims 38, 40* | **plain and ordinary meaning**<br><br>**or, if necessary,**<br><br>**(functionally) connected, joined, combined, or linked**<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 1-8; Abstract; col. 2:51-66; 4:17-35; 4:53-6:47; 6:59-64; 7:49-53; Cl. 6, 9, 18, 22, 27, 31.  '616, Cl. 4, 20.  '602, Cl. 13, 38, 40.<br><br>*Extrinsic Evidence:* | **indefinite**<br><br>*Intrinsic Evidence:*<br><br>'616 FH 4/16/93 Office Action – p.3 ("Claims 33-36 are rejected under 35 U.S.C. § 112, second paragraph, as being indefinite . . .  Claims 33-36 recite a plug and a balloon catheter.  There is no structural cooperative relationship between these two elements to claim them as an assembly. They are not connected to each other and are inserted into the incision independently.");  6/10/93 Amendment and Response – pp. 5-6<br>'602 FH 5/15/95 Office Action – p. 3 ("Claims 22-24 and 26 are rejected under 35 U.S.C. § 112, second paragraph, as being indefinite for failing to |

| Fowler Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | American Heritage definitions of "associated" ("To connect or join together; combine; link."). American Heritage definitions of "operatively" and "associated": Robert C. Faber, Faber (Formerly Landis) On Mechanics Of Patent Claim Drafting § 3:24 (6th. ed. 2009) ("Functional language does not render a claim indefinite. . . 'Operatively connected' and 'associated' are but two of the myriad examples that might be cited of functional or operational expressions that are considered structural and proper in a claim."). | particularly point out and distinctly claim the subject matter which applicant regards as the invention. Claim 22, lacks recitation of the assemble relationship of the elements. The phrase 'operatively associated' is indefinite in claim 25."); 10/9/95 Amendment and Response – pp. 2, 4. '375 FH 11/6/96 Office Action – p. 2 ("Claims 56 - 60 are rejected under 35 U.S.C. § 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicatnt regards as the invention.  The language 'associated' renders the claim indefinite as to the location and structural relationship of the claimed elements."); 4/1/97 Amendment and Response – pp. 2, 4 '421 12/19/91 Interview Summary and pending claims 3 and 6 |
| **configured to cooperate with** *'602 patent, claim 38* | **plain and ordinary meaning** **or, if necessary,** **constructed to work with** *Intrinsic Evidence:* '375 Figs. 2, 3, 7, 8; Abstract; col. 2:51-3:10; 4:17-28; 4:49--5:28; 7:49-53.  '602, Cl. 38. *Extrinsic Evidence:* American Heritage definitions of "configured" and "cooperate." | **indefinite** *Intrinsic Evidence:* see "(operatively) associated with" |
| **[a tubular member having a proximal end and a distal end and having an expandable member disposed at said distal end of] said catheter** | **a tubular member having a proximal end and a distal end and having an expandable member disposed at the distal end of the tubular member** *Intrinsic Evidence:* | **said catheter is indefinite** **if not indefinite, a catheter is a long, thin, tubular surgical instrument** *Intrinsic Evidence:* |

| Fowler Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| *'602 patent, claim 40* | '375 Figs. 1-3; Abstract; col. 2:51-66, 4:17-4:28; 4:47-5:5; 7:49-53; Cl. 1. '602, Cl. 40.<br><br>*Extrinsic Evidence:*<br><br>Stedman's definitions of "catheter."<br><br>American Heritage definition of "catheter." | '375 Figs. 1-9; col. 1:22-54; col. 2:51-53; col. 4:44-63<br><br>*Extrinsic Evidence:*<br><br>CCAI: pp. 62-70; MIC: pp. 7-23; CCH: pp. 37-93 |
| **preventing said vessel plug from extending into said vessel or said organ/ prevent said vessel plug from extending into said vessel or target organ**<br><br>*'602 patent, claims 40, 43* | **plain and ordinary meaning**<br><br>*Intrinsic Evidence:*<br><br>'375, Figs. 1-8; col. 5:41-47 ("By positioning the distal end 32 of the vessel plug 20 at or near the outer lumen of the artery 10."); 2:53-3:11; 4:47-5:60; 7:34-53; Cl. 12, 20, 21, 23, 28, 31. '616, Cl. 1, 5, 7, 9-11, 19. '602, Cl. 1, 2, 7, 16, 17, 23, 27, 29, 30, 31, 38, 40, 43.<br><br>'616 reexam FH, 8/15/95 Notice Of Intent To Issue Reexamination Certificate – p. 2. | **preventing the vessel plug from extending into the open space within the vessel or the (target) organ**<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 2-9; col. 2:61-65; 3:3-7 ("An advantage of the present invention is that the distal end of the vessel plug does not extend into the blood vessel duct or lumen and therefore, the flow of fluid through the vessel is not obstructed by the vessel plug and the likelihood that a thrombosis will form at the incision site is reduced.") |
| **adjacent**<br><br>*'602 patent, claim 43* | **plain and ordinary meaning**<br><br>**or, if necessary,**<br><br>**close to**<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 1-8; Abstract; col. 1:65-2:10; 2:25-32; 2:53-3:7; 4:60-5:20; 5:41-47; 6:28-34; 7:1-6; 7:34-53; Cl. 8, 18.  '616, Cl. 1, 5-7, 10, 11, 13, 14, 15.  '602, Cl. 1, 2, 5, 10, 16, 26, 30, 31, 33-35, 43, 45.<br><br>'616 reexam FH, 8/15/95 Notice Of Intent To Issue Reexamination | **abutting**<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 2-9; col. 1:65-2:4; col. 2:53-57; col. 3:35-38<br>'421 6/20/91 Amendment and Response  pp. 2-4; 9/24/91 Amendment After Final Rejection  pp. 2-7; 10/17/91 Advisory Action; 10/29/1991 Interview Summary<br><br>*Extrinsic Evidence:*<br><br>AHD: <u>adjacent</u> 1. Close to; lying near. 2. Next to; adjoining. |

| Fowler Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | Certificate – p. 2.<br><br>*Extrinsic Evidence:*<br><br>American Heritage definition of "adjacent" ("[c]lose to; lying near").<br><br>Webster's Online Dictionary definitions of "adjacent." | Webster's: <u>adjacent</u> 1 a : not distant  b : having a common endpoint or border  adjacent may or may not imply contact but always implies absence of anything of the same kind in between<br>Stedman's: <u>adjacency</u> [L *adjacere* to lie contiguous with + y]  The degree to which objects of one type in a field containing two or more types are found to be contiguous to one another. |
| **sheath introducer**<br><br>*'602 patent, claim 44* | **hollow tube through which other objects are inserted**<br><br>*Intrinsic Evidence:*<br><br>'375 Fig. 1; col. 4:8-16 ("The catheter (not shown) and an outer introducer or catheter sheath 14 are inserted over the guidewire and the guidewire is then removed from the inside of the catheter.  Next, the catheter is advanced to the final location and the procedure is performed.  Once the procedure has been completed, the catheter is removed and only the catheter sheath 14 remains in the incision to allow the vessel plug 20 of the present invention to be inserted into the incision as described hereinafter."); 1:23-42; 2:57-66; 3:60-4:8; 4:44-54; 6:47-57; 7:49-53.  '602, Cl. 37, 44.<br><br>*Extrinsic Evidence:*<br><br>Stedman's definitions of "introducer" and "sheath." | **hollow tube through which catheters are inserted**<br><br>*Intrinsic Evidence:*<br><br>'375 Fig. 1; col. 1:26-37; col. 2:57-61; col. 3:14-16; col. 4:8-16 ("The catheter (not shown) and an outer **introducer or catheter sheath** 14 are inserted over the guidewire and the guidewire is then removed from the inside of the catheter. Next, the catheter is advanced to the final location and the procedure is performed. Once the procedure has been completed, the catheter is removed and only the **catheter sheath 14** remains in the incision to allow the vessel plug 20 of the present invention to be inserted into the incision as described hereinafter."); col. 4:44-53<br><br>*Extrinsic Evidence:*<br><br>MIC: pp.7-23<br>CCAI: pp. 62-70<br>CCH: pp. 37-93 |
| **distal end**<br><br>*'616 patent, claim 9, '602 patent, claims 38, 40, 43* | **plain and ordinary meaning**<br><br>**or, if necessary,**<br><br>**end further away from the operator**<br><br>*Intrinsic Evidence:* | **end nearest to the patient**<br><br>*Intrinsic Evidence:*<br><br>'375 col. 3:56-59 ("As used herein, the **distal end** of an element is referred to as the end of the element nearest to the patient and the **proximal end** of an element is referred to as the element furthest away from the patient.") |

JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
4:08-CV-04101-HFB

| Fowler Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | '375 Figs. 1-8; col. 2:51-3:8; 3:56-59; 4:19-5:60; 7:49-53; Cl. 1, 2, 9, 12, 20, 23, 27, 31, 32. '616, Cl. 1, 4, 5, 6, 7, 9, 10, 11, 16. '602, Cl. 1, 5, 6, 16, 29-31, 38, 40, 43.<br><br>*Extrinsic Evidence:*<br><br>Dorland's definition of "distal" ("farther from any point of reference").<br><br>Stedman's definition of "distal." | '421 FH 9/24/91 Amendment After Final Rejection  pp. 2-7; 10/17/91 Advisory Action; 10/29/1991 Interview Summary<br><br>*Extrinsic Evidence:*<br><br>AHD: <u>distal</u> Anatomically located far from the origin or line of attachment, as a bone.<br>Webster's: <u>distal</u> 1 : far from the point of attachment or origin – compare proximal<br>Stedman's: <u>distal</u> 1. Situated away from the center of the body, or from the point of origin; specifically applied to the extremity or distant part of a limb or organ.<br>IDMB: <u>distal</u>  Farthest or farther away from the beginning, the attached end, the center, or the midline; proximal = Nearest or nearer the beginning, the attached end, the center, or the midline.<br>CCAI: pp. 62-70; MIC: pp. 7-23; CCH: pp. 37-93 |
| **proximal end**<br><br>*'616 patent, claim 9, '602 patent, claims 38, 40, 43* | **plain and ordinary meaning**<br><br>**or, if necessary,**<br><br>**end closer to the operator**<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 1-8; col. 3:56-59; 4:24-43; 4:53-5:28; 6:9-13; Cl. 2, 6, 9, 11, 12, 16, 20, 23, 27, 31. '616, Cl. 1, 4, 5, 6, 7, 9, 17. '602, Cl. 1, 5, 16, 29, 38, 40, 43.<br><br>*Extrinsic Evidence:*<br><br>Stedman's definition of "proximal." | **end furthest away from the patient**<br><br>*Intrinsic Evidence:*<br><br>'375 col. 3:56-59 ("As used herein, the **distal end** of an element is referred to as the end of the element nearest to the patient and the **proximal end** of an element is referred to as the element furthest away from the patient.")<br>'421 FH 9/24/91 Amendment After Final Rejection  pp. 2-7; 10/17/91 Advisory Action; 10/29/1991 Interview Summary<br><br>*Extrinsic Evidence:*<br><br>AHD: <u>proximal</u> 1. Nearest; proximate. 2. *Biol.* Near the central part of the body or a point of attachment or origin<br>Webster's: <u>proximal</u> 1: situated close to : proximate 2: next to or nearest |

| Fowler Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | American Heritage definition of "proximal." | the point of attachment or origin, a central point, of the point of view; *esp* : located toward the center of the body – compare distal<br>Stedman's: <u>proximal</u> 1. Proximalis; nearest the trunk or the point of origin, said part of a limb, of an artery or a nerve, etc., so situated.<br>IDMB: <u>proximal</u> 1 Nearest or nearer the beginning, the attached end, the center, or the midline.  Compare distal. |

St. Jude v. ACI

Case No. 4:08-CV-04101-HFB

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT'

Master Exhibit

| Disputed Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| seal(ing)(ly)<br><br>*'616 patent, claim 9; '602 patent claim 38*<br><br>**seal(ed)**<br><br>*'439 patent, claims 1, 8, 9, 10* | **plain and ordinary meaning**<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 2-8; Abstract; col. 2:4-36; 2:42-50; 3:48-56; 4:67-5:3; 5:8-15; 5:29-47; 7:34-47; 7:49-53; Cl. 1, 2, 9, 12, 20, 21, 23, 28, 31; '616 Cl. 1, 5, 6, 9, 16, 19; '602 Cl. 1, 2, 7, 16, 17, 23, 26, 29, 38, 40, 43.<br><br>'439 Figs. 9-11, 14-22; col. 2:23-55; 3:47-48; 3:39-51; 4:30-35; 4:40-47; 4:64-5:3; 5:24-6:8; 6:38-41; 7:30-39; 7:44-63; 8:18-34; 8:52-56; 8:61-9:16; 9:23-51; 9:64-10:7; Cl. 1, 8, 9, 10.  '498 Cl. 1, 5.<br><br>*Extrinsic Evidence:*<br><br>American Heritage definition of "seal."<br><br>Stedman's definition of "seal."<br><br>Taber's definition of "seal."<br><br>Dorland's definition of "seal."<br><br>Webster's definition of "seal" | **"seal" means to close in a manner that prevents passage of liquid**<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 2-9; col. 3:52-56 ("It is contemplated that the present invention may be used with nearly any catheterization or other medical procedure wherein it is desirable to seal an incision or puncture to prevent the loss of patient's body fluid therethrough."); Cls. 12, 20<br>'602  Cls. 2, 16; '616 Cls. 9, 16, 19<br>'352 FH 12/6/93 Preliminary Amendment – pp. 2-3<br><br>'439 Figs. 10-11, 17-22; col. 2:23-25; col. 2:28-38 ("In its most simplified form, the instant invention involves the placing of hemostatic material against the outside wall of a punctured artery. The hemostatic material covers the entire puncture site and a hemostatic seal is formed so as to stop bleeding from the puncture wound.   In one embodiment, the subject invention teaches the use of a plug, preferably of fibrous collagen material. The plug is inserted into the tissue wound and is held against the outside of the artery wall so as to overlap the puncture wound."); col. 2:48-52<br>'478 App. Summary<br>'183 FH 6/9/94 Amendment after Final Rejection pp. 13-14 ("Here, Applicant's specification repeatedly and consistently describes placement of the hemostatic material through the insertion sheath until that material covers, <u>from the outside</u>, the entire puncture in the blood vessel wall but does not involve placing anything inside the vessel lumen to cover the vessel puncture from the inside … Kensey clearly teaches that the pusher |

| Disputed Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | | means pushes a plug which is no larger than the inside diameter of the procedure sheath …")<br>'204 FH 7/2/96 Notice of Allowability<br><br>_Extrinsic Evidence:_<br><br>AHD: <u>seal</u> 3. An adhesive agent, as wax or putty, used to close or secure something to prevent seepage of moisture or air.  5. An airtight closure.<br>Webster's <u>seal</u> _n_ 2c(1) : a tight and perfect closure (as against the passage of gas or water)  _vt_ 3b : to close or make secure against access, leakage, or passage by a fastening or coating<br>Stedman's <u>seal</u>: 1. An airtight closure.  2. To effect an airtight closure.<br>IDMB <u>seal</u> Something used to close or secure firmly. |
| **incision**<br><br>_'616 patent, claim 9; '602 patent, claims 38, 40, 43; '375 patent claim 21_ | **plain and ordinary meaning**<br><br>**or, if necessary,**<br><br>**opening created during a procedure**<br><br>_Intrinsic Evidence:_<br><br>'375 Figs. 1-8; Abstract; col. 1:22-54 ("…the nurse or physician will create an opening into an artery or other vessel with a conventional catheter introducer or dilator."); 2:43-50; 2:53-3:2; 3:49-56; 3:59-4:16; 4:44-5:28; 6:53-7:53; Cl. 1-3, 6-12, 16-24, 28-32.  '616 Cl. 1, 4-8, 9, 11-17, 19, 20.  '602 Cl. 1, 2, 7, 10, 13, 16-18, 20-24, 26, 27, 29-35, 38, 40, 43-45. | **cutting wound**<br><br>_Intrinsic Evidence:_<br><br>'375 Abstract; col. 1:16-19; col. 3:32-36; col. 3:49-56; col. 3:67-4:5; Cls. 1, 2, 9, 12, 20, 21, 23, 28, 31<br>'602 Cls. 1, 2, 7, 16, 23, 26, 29, 40, 43; '616 Cls. 1, 5, 6, 8, 9, 16, 19<br>'364 col. 3:42-45, col. 6:2-6; '612") col. 8:27-30; '059 col. 5:63-68, col. 13:15-17<br><br>_Extrinsic Evidence:_<br><br>AHD: <u>incise</u>  1. To cut into or mark with a sharp instrument.  <u>incision</u>  2.a. A surgical cut into soft tissue.<br>Webster's: <u>incise</u>  1 to cut into  <u>incision</u>  1b cut. gash. _specif_ : a wound made esp. in surgery by incising the body<br>Stedman's: <u>incision</u>  A cut; a surgical wound; a division of the soft parts made with a knife. |

JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
4:08-CV-04101-HFB

| Disputed Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | | IDMB: <u>incise</u>  To cut into or divide with a knife, scissors, or other sharp instrument during a surgical procedure.  <u>incision</u>  A surgical cut with a sharp instrument into the body that results in a division of tissue and creation of a wound.<br><br>MIC: pp.7-23<br>CCAI: pp. 62-70 |
| lumen<br><br>'616 patent, claim 9; '498 patent, claim 1 | for the Fowler patents, space within a vessel or organ and the walls surrounding the space<br><br>for the Janzen patents, space within a vessel or organ<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 1-8; col. 4:38-40 ("[T]he distal end 32 of the vessel plug 20 is preferably contoured to conform to the outer lumen of the artery 10."); 1:65-2:6; 2:32-36; 2:47-3:2; 4:35-40; 4:61-5:3; 5:41-47; 6:21-25; 6:64-7:6; 7:24-33; 7:42-53; Cl. 1, 9.  '616 Cl. 1, 5-9, 17.  '602 Cl. 26, 29, 37, 39, 42.<br><br>'439 Figs. 1, 5-23; col. 1:32-35; 2:8-14; 4:58-63; 5:32-35; 9:64-10:7. '498 Cl. 1, 5.<br><br>*Extrinsic Evidence:*<br><br>Taber's definition of "lumen" ("The space within an artery, vein, intestine, or tube.").<br><br>Stedman's definition of "lumen."<br><br>Dorland's definition of "lumen."<br><br>Webster's definition of "lumen." | open space within a vessel or organ<br><br>*Intrinsic Evidence:*<br><br>'375 col. 2:15-19; col. 3:3-7 ("An advantage of the present invention is that the distal end of the vessel plug does not extend into the blood vessel duct or lumen and therefore, the flow of fluid through the vessel is not obstructed by the vessel plug and the likelihood that a thrombosis will form at the incision site is reduced."); col. 3:35-38; Cls. 7, 8, 29<br>'602 Cls. 37, 39, 42; '616 Cl. 17<br>'375 FH 4/1/97 Amendment and Response – p. 8<br><br>'439 Figs. 5-11, 12E, 13-23; col. 1:25-35; col. 4:53-63<br>'183 FH 3/13/97 – Detailed Action ("Kensey ['301] further discloses in the paragraph bridging pages 11 and 12 that the toggle 106 engages the inner wall of the blood vessel which keeps the hemostatic material, i.e. collagen, from entering the lumen.")<br><br>*Extrinsic Evidence:*<br><br>AHD: <u>lumen</u> 1. Anat. The inner open space of a tubular organ, as of a blood vessel or an intestine.<br>Webster's: <u>lumen</u> 1 : the cavity of a tubular organ <the ~ of a blood vessel> 2 : the bore of a tube (as of a hollow needle or catheter)<br>Stedman's: <u>lumen</u> 1. The space in the interior of a tubular structure, such as |

| Disputed Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | | an artery or the intestine<br>IDMB: <u>lumen</u> 1 The cavity within a tubular structure, either natural or artificial.<br><br>Adelman expert report<br>Wilson Affidavit "The balloon on the inside of the artery prevents injection or movement of hemostatic material into the arterial lumen."<br>Pravel Report "'lumen' means 'the cavity of a tubular organ'."<br><br>CCAI: pp. 62-70; MIC: pp. 7-23; CCH: pp. 37-93; HT: p. 1138<br><br>Janzen Dep. 6/27/96, pp. 305-06 |
| **vessel plug**<br><br>*'616 patent, claim 9; '602 patent, claims 38, 40, 43; '375 patent claim 21* | **plain and ordinary meaning**<br><br>**or, if necessary,**<br><br>**mass that obstructs a hole in a vessel**<br>*Intrinsic Evidence:*<br><br>'375 Figs. 1-8; Abstract; col. 1:16-20; 2:15-32; 2:51-3:11; 4:12-5:60; 6:10-46; 7:1-23; 7:34-53; Cl. 21-24, 28, 31, 32. '616, Cl. 1-6, 8, 10-12, 19, 20. '602 Cl. 1-3, 16, 26-32, 36, 38, 40, 41, 43, 45.<br><br>*Extrinsic Evidence:*<br><br>Taber's definition of "plug" ("A mass obstructing a hole or intended for closing a hole.").<br><br>American Heritage definition of "plug."<br><br>Stedman's definition of "plug." | **item that occupies and fills a hole in a vessel**<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 2-4, 9; Abstract<br>'612 Figs. 4, 9, 11, 12, col. 1:50-60, col. 7:11-23<br>U'274 Figs. 7-8, col. 3:52-55 ("The plug is then drawn back through the incision or puncture so that the peripheral tissue engagement surface intimately engages the tissue contiguous with the incision or puncture."), col. 5:39-42 ("As can be seen clearly in FIG. 1, the device 20 basically comprises a closure or plug, whose details will be described later, which is arranged to be drawn into the puncture or incision 28 to seal it."); '302 col. 9:53-61<br>'616 FH 8/10/94 Request for Reexamination – p. 88<br><br>*Extrinsic Evidence:*<br><br>AHD: <u>plug</u> 1. An object, such as a cork or wad of cloth, used to stop a hole or gap. 5. Geol. A mass of igneous rock filling the opening or vent, of a volcano. |

| Disputed Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | Dorland's definitions of "plug." | Webster's: <u>plug</u> 1 a : a piece used to fill a hole : stopper b : an obtruding or obstructing mass of material resembling a stopper<br>Stedman's: <u>plug</u> Any mass filling a hole or closing an orifice.<br>IDMB: <u>plug</u> Something that stops up an orifice or opening, especially when inserted for that purpose or if removable.<br><br>Anderson Expert Report "The Fowler patents … describe only devices for placement of a collagen plug at or near the inside wall surface of an artery. In neither device described in the Fowler patents is there any teaching of either the method or material necessary to place a collagen plug at the outside wall surface of the artery." |
| **dimensioned to be received in the incision**<br><br>*'616 patent, claim 9* | **plain and ordinary meaning**<br><br>**or, if necessary,**<br><br>**sized to fit into the incision**<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 1-8; Abstract; col. 1:16-19; 1:24-26; 2:53-61; 4:38-49; 4:64-5:60; 6:52-7:23; 7:34-38; 7:49-53; Cl. 23.  '616, Cl. 1, 5, 9, 20.  '602, Cl. 1, 11, 12, 29, 37, 42.<br><br>*Extrinsic Evidence:*<br><br>American Heritage definitions of "dimension" and "receive." | **diameter small enough to fit into the incision**<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 1-9<br><br>*Extrinsic Evidence:*<br><br>Janzen Depo. June 26-28, 1996  pp. 239-243, 261-263, 340-342, 457-459 |
| **located proximally of blood vessel/ extends proximally of the target organ or blood vessel/** | **plain and ordinary meaning**<br><br>**or, if necessary,**<br><br>**"proximally" means close to** | **away from the midline of the blood vessel (or organ)**<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 2-9; col. 3:56-59 ("As used herein, the distal end of an element |

| Disputed Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| **proximally of the blood vessel**<br><br>*'616 patent, claim 9; '602 patent, claim 38; '375 patent claim 21* | *Intrinsic Evidence:*<br><br>'375 Figs. 1-8; col. 5:41-47 ("By positioning the distal end 32 of the vessel plug 20 at or near the outer lumen of the artery 10."); 2:53-65; 3:3-7; 4:60-5:20; 7:34-53; Cl. 12, 20, 21, 23, 28, 31.  '616, Cl. 1, 5, 7, 9-11, 19.  '602, Cl. 1, 2, 7, 16, 17, 23, 27, 29, 30, 31, 38.<br><br>'616 reexam FH, 8/15/95 Notice Of Intent To Issue Reexamination Certificate – p. 2.<br><br>*Extrinsic Evidence:*<br><br>Merriam-Webster Online Dictionary definition of "proximal" ("situated close to").<br><br>Stedman's definition of "proximal."<br><br>American Heritage definition of "proximal." | is referred to as the end of the element nearest to the patient and the proximal end is referred to as the element furthest away from  the patient."); col. 7:15-23; Cls. 21, 23<br>'300 patent Cl. 1, 3, 4<br>'616 FH 4/17/95 Response to Reexamination Office Action – pp. 3-4<br>'421 FH 6/20/91 Amendment and Response  pp. 2-4; 9/24/91 Amendment After Final Rejection  pp. 2-7; 10/17/91 Advisory Action; 10/29/1991 Interview Summary<br>'352 FH 10/6/93 Preliminary Amendment pp. 2-5<br><br>*Extrinsic Evidence:*<br><br>AHD: <u>proximal</u> 1. Nearest; proximate. 2. *Biol.* Near the central part of the body or a point of attachment or origin<br>Webster's: <u>proximal</u> 1 : situated close to : proximate 2 : next to or nearest the point of attachment or origin, a central point, of the point of view; *esp* : located toward the center of the body – compare distal<br>Stedman's: <u>proximal</u> 1. Proximalis; nearest the trunk or the point of origin, said part of a limb, of an artery or a nerve, etc., so situated.<br>IDMB: <u>proximal</u> 1 Nearest or nearer the beginning, the attached end, the center, or the midline.  Compare distal.<br><br>Anderson Expert Report "The Fowler patents … describe only devices for placement of a collagen plug at or near the inside wall surface of an artery.  In neither device described in the Fowler patents is there any teaching of either the method or material necessary to place a collagen plug at the outside wall surface of the artery."<br><br>Fowler Feb 1 1990 lab notebook entry "A critical aspect of the 'device' placement involves the location of its vessel facing end such that it neither extends into the vessel lumen, nor leaves a large void outside of the vessel |

| Disputed Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | | lumen. In other words, the depth of 'device' insertion within the percutaneous tunnel is critical for optimal placement of the end of the 'device' across the vessel opening.  In other words, the depth of 'device' insertion within the percutaneous tunnel is critical for optimal placement of the end of the 'device' across the vessel opening." |
| | | Wilson Affidavit "The balloon on the inside of the artery prevents injection or movement of hemostatic material into the arterial lumen." |
| **without extending into the blood vessel/ without extending into said vessel or said organ** *'616 patent, claim 9; '602 patent, claim 38; '375 patent claim 21* | **plain and ordinary meaning** *Intrinsic Evidence:* '375 Figs. 1-8; col. 3:3-11 ("An advantage of the present invention is that the distal end of the vessel plug does not extend into the blood vessel duct or lumen and therefore, the flow of fluid through the vessel is not obstructed by the vessel plug and the likelihood that a thrombosis will form at the incision site is reduced."); 2:11-37; 2:43-46; 2:53-65; 4:35-40; 4:64-5:47; 6:21-25; 7:15-23; 7:34-53; Cl. 12, 20, 21, 23, 28, 31.  '616, Cl. 1, 5, 7, 9-11, 19.  '602, Cl. 1, 2, 7, 16, 17, 23, 27, 29, 30, 31, 38. '616 reexam FH, 8/15/95 Notice Of Intent To Issue Reexamination Certificate – p. 2. | **without extending into open space in the vessel (or the organ)** *Intrinsic Evidence:* '375 Figs. 2-9; col. 2:61-65; 3:3-7 ("An advantage of the present invention is that the distal end of the vessel plug does not extend into the blood vessel duct or lumen and therefore, the flow of fluid through the vessel is not obstructed by the vessel plug and the likelihood that a thrombosis will form at the incision site is reduced.") *Extrinsic Evidence:* Anderson Expert Report "The Fowler patents … describe only devices for placement of a collagen plug at or near the inside wall surface of an artery. In neither device described in the Fowler patents is there any teaching of either the method or material necessary to place a collagen plug at the outside wall surface of the artery." Fowler Feb 1 1990 lab notebook entry "A critical aspect of the 'device' placement involves the location of its vessel facing end such that it neither extends into the vessel lumen, nor leaves a large void outside of the vessel lumen. In other words, the depth of 'device' insertion within the percutaneous tunnel is critical for optimal placement of the end of the |

| Disputed Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | | 'device' across the vessel opening.  In other words, the depth of 'device' insertion within the percutaneous tunnel is critical for optimal placement of the end of the 'device' across the vessel opening."<br><br>Wilson Affidavit "The balloon on the inside of the artery prevents injection or movement of hemostatic material into the arterial lumen." |
| **puncture**<br><br>*'602 patent, claims 38, 40, 43; '439 patent, claims 1, 8, 9, 10; '498 patent claim 1* | **plain and ordinary meaning**<br><br>**or, if necessary,**<br><br>**hole or slit**<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 1-8; Abstract; col. 1:16-42; 1:49-54; 1:65-2:36; 2:43-3:2; 3:49-56; 3:60-4:5; 4:44-5:46; 6:47-7:53; '602, Cl. 38, 40, 43.<br><br>'439 Figs. 5-11, 14-20; col. 3:41-47 ("Although punctures of the sort made by percutaneous procedures will generally, after removal of all cannulas and catheters, be in the nature of slits, for ease of understanding, they are depicted in the drawings herein more as holes. The shape of the puncture however is not critical"); 1:14-16; 2:15-19, 29-34; 5:24-30; 9:64-10:7; Cl. 1, 3, 8, 9, 10.  '498 Cl. 1, 2, 5, 7.<br><br>*Extrinsic Evidence:*<br><br>Taber's definition of "puncture."<br><br>Stedman's definition of "puncture."<br><br>Dorland's definition of "puncture." | **piercing wound**<br><br>*Intrinsic Evidence:*<br><br>'375 Abstract; col. 1:16-19; col. 3:32-36; col. 3:49-56; col. 3:67-4:5 ("The needle is inserted between 6 mm and 70 mm percutaneously into the skin of the patient until the needle pierces the femoral artery. The puncture of the artery 10 by the needle is then confirmed by the physician and a small diameter guide wire (not shown) is inserted through the needle for approximately 15 to 20 cm."); Cls. 1, 2, 9, 12, 20, 21, 23, 28, 31<br>'602 Cls. 1, 2, 7, 16, 23, 26, 29, 40, 43; '616 Cls. 1, 5, 6, 8, 9, 16, 19<br><br>'439 Fig. 23; col. 1:25-28; col. 2:15-19; col. 8:38-43 ("Once the artery 107 has been punctured and the guide wire is in place, a needle clamp 108, as is depicted in FIG. 23, is placed on the needle 109 at the skin line 110. With the clamp in place, the needle is removed from the patient.")<br><br>'364 col. 3:42-45; '612 col. 8:27-30; '059 col. 5:63-68, col. 13:15-17<br><br>*Extrinsic Evidence:*<br><br>AHD: <u>puncture</u> 1. To pierce with a pointed object  2. To make (a hole) by piercing.<br>Webster's: <u>puncture</u> *n* 2 : a hole, wound, or perforation made by puncturing  *vb* 1 : to pierce with or as if with a pointed instrument or object |

| Disputed Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | | Stedman's: puncture 1. To make a hole with a small pointed object, such as a needle. 2. A prick or small hole made with a pointed instrument. IDMB: puncture 1 To perforate with a sharp point.  2. A perforation made with a sharp point. MIC: pp.7-23; CCAI: pp. 62-70; CCH: pp. 37-93 |
| relaxed/expanded<br><br>'602 patent, claims 38, 40, 43 | plain and ordinary meaning<br><br>or, if necessary,<br><br>"relaxed" means deflated and "expanded" means inflated<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 1-3; col. 4:17-28 ("The balloon catheter preferably has an outer diameter of 1 mm or less and includes an inflatable balloon 24 on the distal end 26 thereof."); 1:66-2:6; 2:57-66; 4:47-63; 5:3-8; 7:48-53; Cl. 21.  '616, Cl. 13, 15, 16.  '602, Cl. 9, 10, 33, 35, 37, 38-40, 42, 43, 45.<br><br>*Extrinsic Evidence:*<br><br>American Heritage definitions of "relax" and "expand."<br><br>Merriam-Webster Online Dictionary definitions of "relax" and "expand." | "relaxed" means slack; "expanded" means enlarged<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 1 (relaxed), 2-3 (expanded); Cls. 4, 5<br>'602 Cl. 35; '616 Cls. 13-15<br><br>*Extrinsic Evidence:*<br><br>AHD: relax –*tr.* 1. To make lax or loose  3. To reduce in intensity; slacken. 4. To relieve from effort or strain.  –*intr.* 2. To become lax or loose. Webster's: relax *vt* 1 : to make less tense or rigid : slacken  3 : to make soft or enervated  *vi* 1 : to become lax, weak, or loose Stedman's: relax 1. To loosen; to slacken. IDMB: relax [L *relax(are)* ( from *re- anew* + *laxare* to loosen, from *laxus* slack, loosened) to relax]  1 To relieve all tension on a muscle |
| **dimensioned to be inserted within the puncture so that said expandable member is positioned within a target organ or** | **plain and ordinary meaning**<br><br>**or, if necessary,**<br><br>**sized to fit into the puncture so that the expandable member is positioned within a target organ or blood vessel of the patient / sized** | **shaft member small enough to pass through the incision and long enough so that the expandable member can be inserted into the target organ or blood vessel**<br><br>*Intrinsic Evidence:* |

| Disputed Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| **blood vessel of the patient/ dimensioned to be positioned within a target organ or blood vessel of the patient**<br><br>*'602 patent, claims 38, 40* | **to fit into the target organ or blood vessel of the patient**<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 1-3; col. 4:43-4:57 ("…the balloon catheter 22 is properly positioned in the incision so that the distal end 26 of the balloon catheter 22 extends into the artery 10…."); 1:16-19; 1:22-37; 2:51-61; 4:17-21; 7:49-53. '616, Cl. 6. '602, Cl. 38, 40.<br><br>*Extrinsic Evidence:*<br><br>American Heritage definitions of "dimension" and "insert." | '375 Figs. 1-9<br><br>*Extrinsic Evidence:*<br><br>Janzen Depo. June 26-28, 1996  pp. 239-243, 261-263, 340-342, 457-459 |
| **(operatively) associated with**<br><br>*'602 patent, claims 38, 40* | **plain and ordinary meaning**<br><br>**or, if necessary,**<br><br>**(functionally) connected, joined, combined, or linked**<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 1-8; Abstract; col. 2:51-66; 4:17-35; 4:53-6:47; 6:59-64; 7:49-53; Cl. 6, 9, 18, 22, 27, 31. '616, Cl. 4, 20. '602, Cl. 13, 38, 40.<br><br>*Extrinsic Evidence:*<br><br>American Heritage definitions of "associated" ("To connect or join together; combine; link.").<br><br>American Heritage definitions of "operatively" and "associated":<br><br>Robert C. Faber, Faber (Formerly Landis) On Mechanics Of Patent Claim Drafting § 3:24 (6th. ed. 2009) ("Functional language does not render a claim indefinite. . . 'Operatively connected' and 'associated' are | **indefinite**<br><br>*Intrinsic Evidence:*<br><br>'616 FH 4/16/93 Office Action – p.3 ("Claims 33-36 are rejected under 35 U.S.C. § 112, second paragraph, as being indefinite . . .  Claims 33-36 recite a plug and a balloon catheter.  There is no structural cooperative relationship between these two elements to claim them as an assembly. They are not connected to each other and are inserted into the incision independently."); 6/10/93 Amendment and Response – pp. 5-6<br>'602 FH 5/15/95 Office Action – p. 3 ("Claims 22-24 and 26 are rejected under 35 U.S.C. § 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention. Claim 22, lacks recitation of the assemble relationship of the elements. The phrase 'operatively associated' is indefinite in claim 25."); 10/9/95 Amendment and Response – pp. 2, 4.<br>'375 FH 11/6/96 Office Action – p. 2 ("Claims 56 - 60 are rejected under 35 U.S.C. § 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicatnt regards as the invention.  The language 'associated' renders the claim indefinite as to the location and structural relationship of the claimed |

| Disputed Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | but two of the myriad examples that might be cited of functional or operational expressions that are considered structural and proper in a claim."). | elements."); 4/1/97 Amendment and Response – pp. 2, 4 '421 12/19/91 Interview Summary and pending claims 3 and 6 |
| **configured to cooperate with**<br><br>*'602 patent, claim 38* | **plain and ordinary meaning**<br><br>**or, if necessary,**<br><br>**constructed to work with**<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 2, 3, 7, 8; Abstract; col. 2:51-3:10; 4:17-28; 4:49--5:28; 7:49-53.  '602, Cl. 38.<br><br>*Extrinsic Evidence:*<br><br>American Heritage definitions of "configured" and "cooperate." | **indefinite**<br><br>*Intrinsic Evidence:*<br><br>see "(operatively) associated with" |
| **[a tubular member having a proximal end and a distal end and having an expandable member disposed at said distal end of] said catheter**<br><br>*'602 patent, claim 40* | **a tubular member having a proximal end and a distal end and having an expandable member disposed at the distal end of the tubular member**<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 1-3; Abstract; col. 2:51-66, 4:17-4:28; 4:47-5:5; 7:49-53, Cl. 1.  '602, Cl. 40.<br><br>*Extrinsic Evidence:*<br><br>Stedman's definitions of "catheter."<br><br>American Heritage definition of "catheter." | **said catheter is indefinite**<br><br>**if not indefinite, a catheter is a long, thin, tubular surgical instrument**<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 1-9; col. 1:22-54; col. 2:51-53; col. 4:44-63<br><br>*Extrinsic Evidence:*<br><br>CCAI: pp. 62-70; MIC: pp. 7-23; CCH: pp. 37-93 |

JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
4:08-CV-04101-HFB

| Disputed Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| **preventing said vessel plug from extending into said vessel or said organ/ prevent said vessel plug from extending into said vessel or target organ**<br><br>*'602 patent, claims 40, 43* | **plain and ordinary meaning**<br><br>*Intrinsic Evidence:*<br><br>'375, Figs. 1-8; col. 5:41-47 ("By positioning the distal end 32 of the vessel plug 20 at or near the outer lumen of the artery 10."); 2:53-3:11; 4:47-5:60; 7:34-53; Cl. 12, 20, 21, 23, 28, 31.  '616, Cl. 1, 5, 7, 9-11, 19.  '602, Cl. 1, 2, 7, 16, 17, 23, 27, 29, 30, 31, 38, 40, 43.<br><br>'616 reexam FH, 8/15/95 Notice Of Intent To Issue Reexamination Certificate – p. 2. | **preventing the vessel plug from extending into the open space within the vessel or the (target) organ**<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 2-9; col. 2:61-65; 3:3-7 ("An advantage of the present invention is that the distal end of the vessel plug does not extend into the blood vessel duct or lumen and therefore, the flow of fluid through the vessel is not obstructed by the vessel plug and the likelihood that a thrombosis will form at the incision site is reduced.") |
| **adjacent**<br><br>*'602 patent, claim 43; '498 patent, claim 1* | **plain and ordinary meaning**<br><br>**or, if necessary,**<br><br>**close to**<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 1-8; Abstract; col. 1:65-2:10; 2:25-32; 2:53-3:7; 4:60-5:20; 5:41-47; 6:28-34; 7:1-6; 7:34-53; Cl. 8, 18.  '616, Cl. 1, 5-7, 10, 11, 13, 14, 15.  '602, Cl. 1, 2, 5, 10, 16, 26, 30, 31, 33-35, 43, 45.<br><br>'616 reexam FH, 8/15/95 Notice Of Intent To Issue Reexamination Certificate – p. 2.<br><br>'439 Figs. 10-11, 14-20; Abstract; col. 8:61-9:5 ("As cartridge 91 is fully seated within chamber 97, a plunger 95 is used to push (see arrow C) plug 93 into and through sheath 45 until the plug exits the sheath so as to cover puncture 13 and fill that section of channel 9 which is adjacent puncture 13 (see FIGS. 17 and 17a)."); 4:64-66; 7:64-8:26; 8:57-60; 9:64-10:7.  '498 Cl. 1, 5, 8. | **abutting**<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 2-9; col. 1:65-2:4; col. 2:53-57; col. 3:35-38<br>'421 6/20/91 Amendment and Response  pp. 2-4; 9/24/91 Amendment After Final Rejection  pp. 2-7; 10/17/91 Advisory Action; 10/29/1991 Interview Summary<br><br>'439 Abstract; Figs. 9-11, 17-22; col. 2:4-24; col. 2:29-33 ("In its most simplified form, the instant invention involves the placing of hemostatic material against the outside wall of a punctured artery. The hemostatic material covers the entire puncture site and a hemostatic seal is formed so as to stop bleeding from the puncture wound."); col. 2:34-44; col. 2:45-54 ("The sheath is inserted through the tissue until its leading end is near to or abuts the outer wall of the artery. Thereafter, the plug is advanced through the sheath by use of the plug pusher until the plug abuts the artery wall and overlaps the arterial puncture on all sides. Finally, after a good seal has been established, the sheath and pusher are removed."); col. 3:15-17; col. 3:38-43; col. 5:31-51; col. 7:22-29; col. 7:30-33; col. 7:44-46<br>'478 App. Summary, as-filed claims<br>Interference No. 105115 ("Int. '115")  6/18/03 Janzen Application of |

| Disputed Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | *Extrinsic Evidence:*<br><br>American Heritage definition of "adjacent" ("Close to; lying near".).<br><br>Webster's Online Dictionary definitions of "adjacent." | Specification to Claims – pp. 4-5 ("The sheath is inserted through the tissue until its leading end is near to or abuts the outer wall of the artery. Thereafter, the plug is advanced through the sheath by use of the plug pusher until the plug abuts the artery wall and overlaps the arterial puncture on all sides.")<br>'183 FH 6/9/94 Amendment after Final Rejection – pp. 14-15 ("… Kensey '612 in no way even suggests advancing the plug to abut the outside of the punctured vessel, in the manner of the claimed invention")<br>'130 FH 12/20/96 Amendment – pp. 10-11; 4/28/97 Amendment – pp. 4-13; 8/6/97 Office Action – pp. 2-3; 9/9/97 Amendment – pp. 3-6, Urbanski Decl.; 4/3/98 Amendment – pp.3-7<br>U.S. Pat. No. 5,741,223 FH 4/28/97 Amendment – pp. 4-5<br><br>*Extrinsic Evidence:*<br><br>AHD: <u>adjacent</u> 1. Close to; lying near. 2. Next to; adjoining.<br>Webster's: <u>adjacent</u> 1 a : not distant  b : having a common endpoint or border  adjacent may or may not imply contact but always implies absence of anything of the same kind in between<br>Stedman's: <u>adjacency</u> [L *adjacere* to lie contiguous with + y]  The degree to which objects of one type in a field containing two or more types are found to be contiguous to one another.<br><br>Janzen Dep. 6/28/96, pp. 543-45 |
| **sheath introducer**<br><br>**exterior guide tube**<br><br>*'602 patent, claim 44; '439 patent, claim 9* | **hollow tube through which other objects are inserted**<br><br>**hollow tube through which other objects are inserted**<br><br>*Intrinsic Evidence:*<br><br>'375 Fig. 1; col. 4:8-16 ("The catheter (not shown) and an outer introducer or catheter sheath 14 are inserted over the guidewire and the | **hollow tube through which catheters are inserted**<br><br>**outermost hollow tube through which catheters are inserted**<br><br>*Intrinsic Evidence:*<br><br>'375 Fig. 1; col. 1:26-37; col. 2:57-61; col. 3:14-16; col. 4:8-16 ("The catheter (not shown) and an outer **introducer or catheter sheath** 14 are |

| Disputed Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | guidewire is then removed from the inside of the catheter.  Next, the catheter is advanced to the final location and the procedure is performed.  Once the procedure has been completed, the catheter is removed and only the catheter sheath 14 remains in the incision to allow the vessel plug 20 of the present invention to be inserted into the incision as described hereinafter."); 1:23-42; 2:57-66; 3:60-4:8; 4:44-54; 6:47-57; 7:49-53.  '602, Cl. 37, 44.<br><br>'439 Fig. 5; col. 1:28-41 ("The catheter or other device can then be inserted through the cannula with full confidence that when it emerges from the distal end it will be within the lumen of the artery."); 3:34-47; 4:14-24; 5:24-27; 8:18-20; 9:52-56; Cl. 9.  '498, Cl. 5.<br><br>'439 FH, 5/25/2000 Office Action, pp. 2-3.<br><br>_Extrinsic Evidence:_<br><br>Stedman's definitions of "introducer" and "sheath."<br><br>American Heritage definition of "exterior." | inserted over the guidewire and the guidewire is then removed from the inside of the catheter. Next, the catheter is advanced to the final location and the procedure is performed. Once the procedure has been completed, the catheter is removed and only the **catheter sheath 14** remains in the incision to allow the vessel plug 20 of the present invention to be inserted into the incision as described hereinafter."); col. 4:44-53<br><br>'439 Fig. 5; col. 1:25-35; col. 1:47-49; col. 3:28-37; col. 4:14-17; 5:24-30; Cl. 3<br>'183 FH 6/9/94 Amendment After Final Rejection – pp. 11-12, 15-16<br><br>_Extrinsic Evidence:_<br><br>MIC: pp.7-23; CCAI: pp. 62-70; CCH: pp. 37-93 |
| **distal end**<br><br>_'616 patent, claim 9; '602 patent, claims 38, 40, 43; '439 patent, claims 1, 8_ | **plain and ordinary meaning**<br><br>**or, if necessary,**<br><br>**end further away from the operator**<br>_Intrinsic Evidence:_<br><br>'375 Figs. 1-8; col. 2:51-3:8; 3:56-59; 4:19-5:60; 7:49-53; Cl. 1, 2, 9, 12, 20, 23, 27, 31, 32.  '616, Cl. 1, 4, 5, 6, 7, 9, 10, 11, 16.  '602, Cl. 1, 5, 6, 16, 29-31, 38, 40, 43.<br><br>'439 Fig. 7-11, 13-22; col. 1:32-35; 5:4-14; 8:45-47; 8:52-54; Cl. 1, 8. | **end nearest to the patient**<br><br>_Intrinsic Evidence:_<br><br>'375 col. 3:56-59 ("As used herein, the **distal end** of an element is referred to as the end of the element nearest to the patient and the **proximal end** of an element is referred to as the element furthest away from the patient.") '421 FH 9/24/91 Amendment After Final Rejection  pp. 2-7; 10/17/91 Advisory Action; 10/29/1991 Interview Summary<br><br>'439 Fig. 14; col. 1:25-35; col. 5:10-13; col. 8:52-56<br><br>_Extrinsic Evidence:_ |

| Disputed Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | *Extrinsic Evidence:*<br><br>Dorland's definition of "distal" ("farther from any point of reference").<br><br>Stedman's definition of "distal." | AHD: <u>distal</u> Anatomically located far from the origin or line of attachment, as a bone.<br>Webster's: <u>distal</u> 1 : far from the point of attachment or origin – compare proximal<br>Stedman's: <u>distal</u> 1. Situated away from the center of the body, or from the point of origin; specifically applied to the extremity or distant part of a limb or organ.<br>IDMB: <u>distal</u>  Farthest or farther away from the beginning, the attached end, the center, or the midline; proximal = Nearest or nearer the beginning, the attached end, the center, or the midline.<br>CCAI: pp. 62-70; MIC: pp. 7-23; CCH: pp. 37-93 |
| **proximal end**<br><br>*'616 patent, claim 9; '602 patent, claims 38, 40, 43* | **plain and ordinary meaning**<br><br>**or, if necessary,**<br><br>**end closer to the operator**<br><br>*Intrinsic Evidence:*<br><br>'375 Figs. 1-8; col. 3:56-59; 4:24-43; 4:53-5:28; 6:9-13; Cl. 2, 6, 9, 11, 12, 16, 20, 23, 27, 31.  '616, Cl. 1, 4, 5, 6, 7, 9, 17.  '602, Cl. 1, 5, 16, 29, 38, 40, 43.<br><br>*Extrinsic Evidence:*<br><br>Stedman's definition of "proximal."<br><br>American Heritage definition of "proximal." | **end furthest away from the patient**<br><br>*Intrinsic Evidence:*<br><br>'375 col. 3:56-59 ("As used herein, the **distal end** of an element is referred to as the end of the element nearest to the patient and the **proximal end** of an element is referred to as the element furthest away from the patient.")<br>'421 FH 9/24/91 Amendment After Final Rejection  pp. 2-7; 10/17/91 Advisory Action; 10/29/1991 Interview Summary<br><br>*Extrinsic Evidence:*<br><br>AHD: <u>proximal</u> 1. Nearest; proximate. 2. *Biol*. Near the central part of the body or a point of attachment or origin<br>Webster's: <u>proximal</u> 1: situated close to : proximate 2: next to or nearest the point of attachment or origin, a central point, of the point of view; *esp* : located toward the center of the body – compare distal<br>Stedman's: <u>proximal</u> 1. Proximalis; nearest the trunk or the point of origin, |

JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
4:08-CV-04101-HFB

| Disputed Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | | said part of a limb, of an artery or a nerve, etc., so situated. IDMB: proximal 1 Nearest or nearer the beginning, the attached end, the center, or the midline.  Compare distal. |
| hemostatic material  '498 patent, claim 1 | material that acts to stop the flow of blood  *Intrinsic Evidence:*  '439 col. 7:29-39 ("It is also believed that, initially, when the plug is pressed against the artery, hemostasis is achieved by mechanical means, i.e., by application of mechanical pressure all around the arterial puncture.  Shortly thereafter, however, the hemostatic material begins to bind to the arterial tissue and biochemical hemostasis takes over."); 2:29-33; 3:38-43; 4:40-45; 7:57-63; 9:57-10:7; Cl. 4.  '498 Cl. 1, 4-8.  *Extrinsic Evidence:*  American Heritage definition of "hemostatic" ("Acting to stop the flow of blood.").  Stedman's definition of "hemostatic."  Dorland's definition of "hemostatic."  Webster's definition of "hemostatic." | material that biochemically promotes hemostasis  *Intrinsic Evidence:*  '439 col. 2:29-33; col. 6:66-7:38 ("It is also believed that, initially, when the plug is pressed against the artery, hemostasis is achieved by mechanical means, i.e., by application of mechanical pressure all around the arterial puncture. Shortly thereafter, however, the hemostatic material begins to bind to the arterial tissue and biochemical hemostasis takes over. Once biochemical hemostasis becomes sufficiently strong to withstand the normal blood pressure within the artery, and therefore self-sustaining, external mechanical pressure can be removed."); col. 9:57-60; Cl. 4 U.S. Pat. Nos. 4,744,364 col. 4:3-9, col. 5:52-54; 4,749,689 col. 1:14-32; 5,192,302 col. 4:7-11, col. 10:66-11:6; 5,222,974 col. 5:31-32; 5,310,407 col. 3:44-59; 5,716,375 col. 4:29-35, col. 5:50-56; col. 7:42-47 '375 col. 5:50-56; col. 7:42-47; Cls. 23, 24; '602 patent Cls. 3, 7, 14, 15, 17, 23; U.S. Pat. No. 5,591,205 Cls. 1, 6-8 '478 App. – pp. 14-15 ("Initially, when the plug is pressed against the artery, hemostasis is achieved by mechanical means, i.e., by application of mechanical pressure all around the arterial puncture. Shortly thereafter, however, the hemostatic material begins to bind to the arterial tissue and chemical hemostasis takes over. Once chemical hemostasis becomes sufficiently strong to withstand the normal blood pressure within the artery, and therefore self-sustaining, mechanical pressure can be removed.") '183 FH 9/15/93 Office Action – p. 4 '130 FH 11/20/96 Office Action – pp. 3-4; 3/13/97 Office Action – pp. 6-7; 1/7/98 Office Action – pp. 2-5 '186.7 FH 8/23/90 Application – pp. 1 ("The invention relates to a device for placing styptic material, particularly of a fibrous or spongy form on |

JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
4:08-CV-04101-HFB

| Disputed Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | | perforated blood vessels, in particular arteries."), 3-4 ("It is therefore an object of the invention to provide a device for placing styptic material on perforations in blood vessels with which a simple, quick and precise covering of the perforation in the blood vessel can be ensured.. .. A prepared plug (preferably made of a collagenic material in the form of a collagenic fleece or a collagenic sponge, which represent all styptic materials here) located in the plug holder can then be pushed through the tube arrangement with the pusher, during which the front end of the sheath continues to lie on the perforation and is held in this position. With such an arrangement, a plug can be precisely positioned to the outer side of an artery wall perforated by an operation thereon in order to stop bleeding by haemostasis and thus prevent haematoma or an aneurism."), 8 ("Thereafter, pressure is applied onto the styptic material with the device for approximately 5 minutes before it is removed through the puncture channel in the tissue.  After the first minute, the pressure applied on the artery is reduced in order to allow the blood to circulate.  The haemostatic effect of the plug is thus activated and strenghtened by the fresh blood flowing by the perforation.")  *Extrinsic Evidence:*  AHD: hemostatic Acting to stop the flow of blood.  A hemostatic agent. Webster's:hemostatic *n* an agent that checks bleeding  *adj* 1: of or caused by hemostasis  2: serving to check bleeding Stedman's: hemostatic Arresting the flow of blood within the vessels IDMB: hemostatic 1 Tending to cause hemostasis   2 An agent that causes hemostasis  Affidavit of Dr. Robert F. Wilson Anderson Expert Report "The approach and the device used during a procedure employing the VasoSeal system to effect vascular access closure is fundamentally different from the approach and devices described in the Fowler patents. … The irregular puncture … is sealed by |

| Disputed Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | | the combination of both physical tamponade through the use of an oversize plug and biochemical hemostasis through the use of collagen."  "The oversized plug also serves as a physical barrier to the bleeding, complementing the natural biochemical hemostatic properties of the collagen and providing a more effective seal. … "collagen is as a hemostatic agent" Datascope's Opposition to Summary Judgment Janzen Dep. Tr. 6/26-6/28/96 – pp. 276-78<br><br>HT: pp. 3-15, 778, 1026-1040; MIC:  pp. 91-93 |
| **sized to be fitted through a passageway leading to said puncture so that said distal end is disposed near said puncture in said artery**<br><br>*'439 patent, claims 1, 8* | **plain and ordinary meaning**<br><br>**or, if necessary,**<br><br>**having a size that fits through the passageway towards the puncture so as to put the distal end near the puncture in the artery**<br><br>*Intrinsic Evidence:*<br><br>'439 Figs. 1, 7-11, 13-23; col. 2:20-24; 2:29-54; 3:38-43; 3:39-67; 4:14-28; 4:64-5:42; 6:38-50; 6:66-7:56; 7:64-8:26; 8:38-51; 8:57-60; 8:65-9:5; 9:17-37; 9:52-56; 9:64-10:7; Cl. 1, 8.<br><br>*Extrinsic Evidence:*<br><br>American Heritage definitions of "sized," "fitted," "dispose," "near," and "passageway." | **longer than the passageway to the puncture in the artery and wider than the puncture in the artery**<br><br>*Intrinsic Evidence:*<br><br>'439 Figs. 8-11, 14-20; col. 4:53-59 ("The size and shape of the tissue dilator are such as to ensure that the body thereof will not enter the artery. In terms of size, preferably a dilator is selected which is significantly larger than the original guide cannula 3.  With respect to its shape, unlike more traditional dilators which often have long tapered forward end, the tissue dilator 17 of the instant invention has a blunt forward end 21."); col. 5:14-15; col. 5:17-19; col. 7:51-55 ("As noted earlier, the sheath is substantially larger in cross section than is arterial puncture 13. Consequently when plug 57, which fills the entire cross section of the sheath channel, reaches the artery, even in its compressed state t overlaps puncture 13 on all sides.")<br>'478 App. Summary, as-filed claims<br>'439 FH 3/6/95 Preliminary Amendment and Request for Declaration of Interference Tab A – Claim Sheet<br>U.S. Pat. App. No. 08/701,630 FH 6/21/99 Final Office Action |

| Disputed Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | | '204 FH 5/23/96 Amendments; 7/2/96 Notice of Allowability<br>'183 FH 12/15/93 Amendment – pp. 5-8; 6/9/94 Amendment After Final Rejection – pp. 10-12 ("This invention includes . . . a hollow insertion sheath adapted to pass through the tissue channel (this insertion sheath having a cross sectional profile larger than that of the original procedure sheath) . . . In contrast, Kensey '612 teaches a device for sealing percutaneous punctures which employs but a single sheath, namely the original procedure sheath, that remains in the patient's body from the beginning of the medical procedure which necessitated formation of the puncture in the first place until the point at which the puncture is sealed . . . Since Kensey '612 teaches that the procedure sheath used during the medical procedure in question is also used during puncture sealing, this patent neither discloses nor suggests at least the features of Applicants' claimed invention which relate to the use of a separate insertion sheath which is larger than the procedure sheath."), 13-16 ("Here, Applicant's specification repeatedly and consistently describes placement of the hemostatic material through the insertion sheath until that material covers, from the outside, the entire puncture in the blood vessel wall but does not involve placing anything inside the vessel lumen to cover the vessel puncture from the inside … Kensey clearly teaches that the pusher means pushes a plug which is no larger than the inside diameter of the procedure sheath … Applicants' insertion sheath is made larger than the procedure sheath to accept a large diameter plug which, because of its size will not enter the arterial lumen.")<br>'130 FH 5/13/96 Amendment – pp. 5-10 ("[T]he hollow insertion sheath of claims 1 and 18 of the present invention can also be distinguished over that of Kensey '612, since once again it must have an inner diameter which is larger than the width of the puncture so that the hemostatic material, which itself is larger than the puncture, can slidably engage its inner diameter."); 4/28/97 Amendment – pp. 4-13; 8/6/97 Office Action – pp. 2-3 |

JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
4:08-CV-04101-HFB

| Disputed Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | | '186.7 FH Application pp. 2-3; 10/12/94 Response to EPO Communication – pp. 1-3 *Extrinsic Evidence* Janzen Dep. Tr. 6/26-6/28/96 – pp. 239-43, 261-63, 340-42, 457-59, 543-45 |
| **[separable] plug means for plugging said puncture [being disposed in said elongate member]** *'439 patent, claim 1* *ACI contends that this element is governed under 35 U.S.C. section 112, ¶6.* | **not governed by § 112, ¶ 6** **if construed as means-plus-function:** **separable plug means being disposed in said elongate member: separable resorbable plug being disposed in said elongate member, and equivalents thereof** **function: for plugging said puncture** *Intrinsic Evidence:* '439 Figs. 2-4, 8-22; col. 2:17-25 ("This is accomplished by using a plug, preferably a collagen plug or plug of some other resorbable material...."); 2:29-38; 3:37-43; 4:21-24; 4:30-47; 5:24-34; 5:43-55; 6:1-8; 6:38-50; 6:66-7:63; 8:18-26; 8:65-9:7; 9:13-37; 9:44-51; 9:57-63; 9:64-10:7; Cl. 1, 4, 7, 8. | **plug means: Fig. 12E; col. 7:40-57; plug diameter in the elongated member is larger than the puncture so that the plug will not enter the artery** **function: plugging said puncture** *Intrinsic Evidence:* See "plug" below '439 Cls. 1, 8 '478 App. Summary '439 FH 3/6/95 Preliminary Amendment and Request for Declaration of Interference Tab A – Claim Sheet Int. '115  6/18/03 Janzen Application of Specification to Claims '183 FH 5/5/94 Interview summary and pending claims; 6/9/94 Amendment after Final Rejection pp. 13-14 ("Here, Applicant's specification repeatedly and consistently describes placement of the hemostatic material through the insertion sheath until that material covers, <u>from the outside</u>, the entire puncture in the blood vessel wall but does not involve placing anything inside the vessel lumen to cover the vessel puncture from the inside … Kensey clearly teaches that the pusher means pushes a plug which is no larger than the inside diameter of the procedure sheath …") '130 FH 5/13/96 Amendment ("Turning next to the amended claims herein, it is initially noted that the device of claims 1, 18 and 96 requires a |

| Disputed Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | | charge of hemostatic material which has a size greater than the size of the puncture.  This requirement alone distinguishes over Kensey '612, in which in each case it is <u>required</u> that the hemostatic material charged through the tubular body 32 be smaller than the puncture, into which the tubular body 32 has already been placed."); 4/28/97 Amendment – pp. 4-13 ("The subject matter of claims 1 and 18 have now been more specifically clarified to distinguish over Kensey '301.  Thus, both of these claims now specifically require not only that the charge of hemostatic material have a width greater than the width of the puncture in the blood vessel wall itself . . .") <br> '204 FH 7/2/96 Notice of Allowability <br> '130 FH 5/13/96 Amendment pp. 5-10 <br><br> *Extrinsic Evidence:* <br><br> See "plug" below <br> Janzen Dep. Tr. 6/26-6/28/96 – pp. 227-32, 239-43, 504-06, 526-28 |
| **[movable] guide means [extending longitudinally through said elongated member and said plug means] for guiding said plug means to said puncture** <br><br> *'439 patent, claim 1* <br><br> *ACI contends that this element is governed under 35 U.S.C. section 112, ¶6.* | **not governed by § 112, ¶ 6** <br><br> **if construed as means-plus-function:** <br><br> **movable guide means extending longitudinally through said elongated member and said plug means:  a guide wire (for example, guide wire 15) capable of movement independent from said elongated member and said plug means and extending longitudinally through said elongated member and said plug means for extension through said puncture, and equivalents thereof** <br><br> **function:  for guiding said plug means to said puncture** <br><br> *Intrinsic Evidence:* <br><br> '439 Figs 6, 8, 13-15, 17, 23; col. 1:25-35; 3:28-37; 4:10-18; 4:25-26; | **guide means:  item 15 in Figs 6-8; col. 4:11-13; col. 7:43-49** <br><br> **function:  guiding said plug means to said puncture** <br><br> *Intrinsic Evidence:* <br><br> See "guide wire" below <br> '439 FH 3/6/95 Preliminary Amendment and Request for Declaration of Interference Tab A – Claim Sheet <br> Int. '115  6/18/03 Janzen Application of Specification to Claims <br> '183 FH 6/9/94 Amendment after Final Rejection pp. 13-14 <br><br> *Extrinsic Evidence:* <br><br> See "guide wire" below |

| Disputed Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | 4:48-52; 6:20-31; 6:61-65; 7:39-50; 8:34-42; 9:64-10:7; Cl. 1-2, 7-10. '498, Cl. 7. | |
| **means for ejecting said plug means [from said distal end of said elongate member so as to place said plug means in a blocking relation with said puncture, so as to seal said puncture]**<br><br>*'439 patent, claim 1*<br><br>*The parties agree that this element is governed under 35 U.S.C. section 112, ¶6.* | **governed by § 112, ¶ 6**<br><br>**means:  a plunger (for example, plunger 95, fig. 16) and retracting sheath (for example, sheath 45, fig. 16), and equivalents thereof**<br><br>**function:  for ejecting said plug means from said distal end of said elongated member so as to place said plug means in blocking relation with said puncture, so as to seal said puncture**<br><br>*Intrinsic Evidence:*<br><br>'439 Figs. 1-4, 8-10; 14; 16-20; col. 8:61-9:25 (As cartridge 91 is fully seated within chamber 97, a plunger 95 is used to push (see arrow C) plug 93 into and through sheath 45 until the plug exits the sheath so as to cover puncture 13 and fill that section of channel 9 which is adjacent puncture 13 (see FIGS. 17 and 17a). Simultaneously, sheath 45 is slightly withdrawn (indicated by arrows D on FIG. 17) to permit plug 93 to be fully discharged from the sheath.); 2:45-54; 3:39-54; 4:1-13; 5:31-47; 5:56-67; 6:1-19; 6:34-50; 9:64-10:7; Cl. 1, 5-6, 8. | **means for ejecting:  item 33 in Fig. 1; col. 4:1-13**<br><br>**function:  ejecting said plug means**<br><br>*Intrinsic Evidence:*<br><br>'439 Figs. 1-4, 9-10, 16-17; col. 4:1-13 ("[T]he plug pusher 33 is also comprised of two parts, an elongated piston 49, and a stop knob 43.  Piston 49 has a cross sectional size and configuration so as to permit sliding passage into channels 31 and 27 with only minimal clearance.  The length of piston 49 is such that when sheath assembly 23 and plug holder 29 are screwed tightly together, shoulder 51 of knob 43 will abut rear end 53 of plug holder 29 as front end 55 of piston 49 is aligned with front end 25 of sheath 45.   It should be noted that pusher 33 is provided with its own channel 19."); col. 5:39-47; col. 8:66-9:5<br>'439 FH 3/6/95 Preliminary Amendment and Request for Declaration of Interference Tab A – Claim Sheet<br>Int. '115 FH 6/18/03 Janzen Application of Specification to Claims<br>'183 FH 6/9/94 Amendment After Final Rejection, pp. 13-14 ("Here, the 'means for advancing said hemostatic material through said insertion sheath . . .' of claim 1 (and 18) is indisputably a means-plus-function element under § 112, ¶ 6 . . . The function recited in claim 1 is 'advancing said hemostatic material through said insertion sheath to the outside of said vessel wall around said puncture.'") |
| **blocking relation**<br><br>*'439 patent, claims 1, 8, 9, 10* | **plain and ordinary meaning**<br><br>**or, if necessary,**<br><br>**positioned to impede the passage** | **covering a hole and its perimeter to prevent passage therethrough**<br><br>*Intrinsic Evidence:*<br><br>'478 App. Summary<br>'183 FH 6/9/94 Amendment after Final Rejection pp. 13-14 ("Here, |

| Disputed Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | *Intrinsic Evidence:*<br><br>'439 Figs. 9-11, 14-22; col. 2:23-44; 3:47-48; 3:39-51; 4:40-47; 4:64-5:3; 5:24-6:8; 6:38-41; 7:30-39; 7:51-63; 8:18-34; 8:52-56; 8:61-9:16; 9:23-51; 9:64-10:7; Cl. 1, 3, 8, 9, 10.<br><br>*Extrinsic Evidence:*<br><br>American Heritage definitions of "block" ("To stop or impede the passage - of or movement through") and "relation." | Applicant's specification repeatedly and consistently describes placement of the hemostatic material through the insertion sheath until that material covers, <u>from the outside,</u> the entire puncture in the blood vessel wall but does not involve placing anything inside the vessel lumen to cover the vessel puncture from the inside … Kensey clearly teaches that the pusher means pushes a plug which is no larger than the inside diameter of the procedure sheath …"); 4/28/97 Amendment – pp. 4-13<br>'130 FH 9/9/97 Amendment – pp. 3-6, Urbanski Decl.<br>'186.7 FH 10/12/94 Response to EPO Communication – pp. 1-3<br><br>*Extrinsic Evidence:*<br><br>AHD: <u>block</u> 4. To stop or impede the passage of or movement through  7. Med. To interrupt the proper functioning of (a physiological process).<br>Webster's: <u>block</u> 1 a: to make unsuitable for passage or progress, obstruction  c: to hinder the passage, progress, or accomplishment of by or as if interposing an obstruction<br>Stedman's: <u>block</u> 1. To obstruct; to arrest passage through.<br>IDMB: <u>block</u> 1 An obstruction or hindrance to passage.  2. Inhibition of normal flow, action, or conduction.<br>Janzen Dep. Tr. 6/26-6/28/96 – pp. 227-32, 239-43, 504-06, 526-28 |
| **plug member for plugging said puncture being disposed in said elongate member**<br><br>*'439 patent, claim 8* | **plain and ordinary meaning**<br><br>*Intrinsic Evidence:*<br><br>'439 Figs. 2-4, 8-22; col. 2:17-25 ("This is accomplished by using a plug, preferably a collagen plug or plug of some other resorbable material...."); 2:29-38; 3:37-43; 4:21-24; 4:30-47; 5:24-34; 5:43-55; 6:1-8; 6:38-50; 6:66-7:63; 8:18-26; 8:65-9:7; 9:13-37; 9:44-51; 9:57-63; 9:64-10:7; Cl. 1, 4, 7, 8. | **a plug with a diameter in the elongated member that is larger than the puncture in the artery**<br><br>*Intrinsic Evidence:*<br><br>See "plug means" above.<br><br>*Extrinsic Evidence:*<br><br>See "plug means" above. |
| **guide element** | **plain and ordinary meaning** | **guide wire** |

| Disputed Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| *'439 patent, claim 8* | *Intrinsic Evidence:*<br><br>'439 Figs 6, 8, 13-15, 17, 23; col. 1:25-35; 3:28-37; 4:10-18; 4:25-26; 4:48-52; 6:20-31; 6:61-65; 7:39-50; 8:34-42; 9:64-10:7; Cl. 1-2, 7-10. '498, Cl. 7. | *Intrinsic Evidence:*<br><br>See "guide means" above.<br><br>*Extrinsic Evidence:*<br><br>See "guide means" above. |
| **ejecting mechanism for ejecting said plug member [from said distal end of said elongate member so as to place said plug member in a blocking relation with said puncture, so as to seal said puncture]**<br><br>*'439 patent, claim 8*<br><br>*ACI contends that this element is governed under 35 U.S.C. section 112, ¶6.* | **not governed by § 112, ¶ 6**<br><br>**plain and ordinary meaning**<br><br>*Intrinsic Evidence:*<br><br>'439 Figs. 1-4, 8-10; 14; 16-20; col. 8:61-9:25 (As cartridge 91 is fully seated within chamber 97, a plunger 95 is used to push (see arrow C) plug 93 into and through sheath 45 until the plug exits the sheath so as to cover puncture 13 and fill that section of channel 9 which is adjacent puncture 13 (see FIGS. 17 and 17a). Simultaneously, sheath 45 is slightly withdrawn (indicated by arrows D on FIG. 17) to permit plug 93 to be fully discharged from the sheath.); 2:45-54; 3:39-54; 4:1-13; 5:31-47; 5:56-67; 6:1-19; 6:34-50; 9:64-10:7; Cl. 1, 5-6, 8. | **ejecting mechanism: item 33 in Fig. 1; col. 4:1-13**<br><br>**function:  ejecting said plug member**<br><br>**if not governed by § 112, ¶ 6**<br><br>**a plunger with a front end that does not extend past the front end of the elongate member**<br><br>*Intrinsic Evidence:*<br><br>See "means for ejecting" above.<br>'439 FH 3/6/95 Preliminary Amendment and Request for Declaration of Interference Tab A – Claim Sheet<br>Int. '115  6/18/03 Janzen Application of Specification to Claims |
| **A method … comprising the steps of:**<br><br>*'439 patent, claims 9, 10* | **plain and ordinary meaning**<br><br>*Intrinsic Evidence:*<br><br>'439 col. 6:56-65; 9:64-10:7; Cl. 9, 10.<br><br>'439 FH, 9/7/2000 Amendment pp. 3-4. | **a method including the following sequential steps:**<br><br>*Intrinsic Evidence:*<br><br>'439 Figs. 5-10; col. 1:18-35; col. 1:47-49; col. 3:1-18; col. 3:23-24; col. 3:28-43; col. 4:14-5:56<br>'439 FH 5/25/00 Office Action; 9/7/00 Amendment<br><br>*Extrinsic Evidence:* |

JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
4:08-CV-04101-HFB

| Disputed Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | | CCAI: pp. 62-70; MIC: pp. 7-23; CCH: pp. 37-93 |
| **extending a plug**<br><br>*'439 patent, claim 9* | **plain and ordinary meaning**<br><br>*Intrinsic Evidence:*<br><br>'439 Figs. 14-15; 6:20-30; 9:64-10:7; Cl. 1, 3, 8-10.<br><br>'439 FH 9/7/2000 Amendment, pp. 3-4.<br><br>*Extrinsic Evidence:*<br><br>American Heritage's definition of "extend" ("To make available; provide.").<br><br>Webster's definition of "extend." | **stretching a plug**<br><br>*Intrinsic Evidence:*<br><br>'439 Fig. 11; col. 4:34-47; col. 7:64-8:17; col. 9:26-37<br><br>*Extrinsic Evidence:*<br><br>AHD: <u>extend</u> -*tr.* 2. To stretch or spread out to fullest length.  5. a. To enlarge the area or scope. b. To expand the influence of. c. To make more comprehensive or inclusive.  <u>extended</u> *adj* 1. Stretched or pulled out. 3. Enlarged or extensive in meaning, scope, or influence.<br>Webster's: <u>extend</u> 1: to spread or stretch forth  2 a: to stretch out to fullest length  6 a:to cause to be of greater area or volume : enlarge b: to increase the scope, meaning, or application of<br>Stedman's: <u>extend</u> [L to stretch out] To straighten a limb, to diminish or extinguish the angle formed by flexion; to place the distal segment of a limb n such a position that its axis is continuous with that of the proximal segment.<br>IDMB: <u>extend</u> To straighten a limb or other body part out at a joint |
| **plug**<br><br>*'439 patent, claims 1, 7 ("plug means"), 8 ("plug member"), 9, 10* | **plain and ordinary meaning**<br><br>**or, if necessary,**<br><br>**mass that obstructs a hole**<br><br>*Intrinsic Evidence:*<br><br>'439 Figs. 2-4, 8-22; col. 2:17-25 ("This is accomplished by using a | **item that occupies and fills a hole**<br><br>*Intrinsic Evidence:*<br><br>'439 Figs. 9-12, 17-22; col. 2:28-32 ("In its most simplified form, the instant invention involves the placing of hemostatic material against the outside wall of a punctured artery. The hemostatic material covers the entire puncture site and a hemostatic seal is formed so as to stop bleeding |

| Disputed Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | plug, preferably a collagen plug or plug of some other resorbable material...."); 2:29-38; 3:37-43; 4:21-24; 4:30-47; 5:24-34; 5:43-55; 6:1-8; 6:38-50; 6:66-7:63; 8:18-26; 8:65-9:7; 9:13-37; 9:44-51; 9:57-63; 9:64-10:7; Cl. 1, 3-5, 7-10. <br><br> _Extrinsic Evidence:_ <br><br> Taber's definition of "plug" ("Mass obstructing a hole or intended for closing a hole."). <br><br> Dorland's definition of "plug." <br><br> American Heritage definition of "plug." <br><br> Webster's definition of "plug." | from the puncture wound."); col. 3:38-43; col. 6:38-41; col. 7:3-29; col. 7:51-57 ("As noted earlier, the sheath is substantially larger in cross section than is arterial puncture 13.  Consequently when plug 57, which fills the entire cross section of the sheath channel, reaches the artery, even in its compressed state t overlaps puncture 13 on all sides. Obviously, then when it exits the sheath and is permitted to expand, a full bandage-like covering over puncture 13 is assured."); col. 8:4-9; col. 8:65-9:3; col. 9:13-16; col. 9:23-25; col. 9:28-37; col. 9:44-47; Cls. 1, 8 <br> '204 FH 7/2/96 Notice of Allowability <br> '130 FH 5/13/96 Amendment pp. 5-10; 8/6/97 Office Action – pp. 2-3 <br> '183 FH 4/28/97 Amendment – pp. 4-13 <br> '186.7 FH 10/12/94 Response to EPO Communication – pp. 1-3 <br><br> _Extrinsic Evidence:_ <br><br> AHD: plug 1. An object, such as a cork or wad of cloth, used to stop a hole or gap. 5. Geol. A mass of igneous rock filling the opening or vent, of a volcano. <br> Webster's: plug 1 a: a piece used to fill a hole : stopper  b: an obtruding or obstructing mass of material resembling a stopper <br> Stedman's: plug Any mass filling a hole or closing an orifice. <br> IDMB: plug Something that stops up an orifice or opening, especially when inserted for that purpose or if removable. <br> Janzen Dep. Tr. 6/26-6/28/96 – pp. 227-32, 239-43, 504-06, 526-28 |
| **guide wire** <br><br> '439 patent, claims 9, 10 | **plain and ordinary meaning** <br><br> **or, if necessary,** <br><br> **wire used to assist in positioning** <br><br> _Intrinsic Evidence:_ | **a wire for guiding and exchanging catheters** <br><br> _Intrinsic Evidence:_ <br><br> '439 Figs. 1, 6-8, 14, 23; col. 1:25-31 ("These procedures are normally initiated by insertion of an angiographic needle, followed by passing a guide wire through that needle into the artery. The needle is then removed |

| Disputed Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | '439 Figs 6, 8, 13-15, 17, 23; col. 1:25-35; 3:28-33; 4:10-18; 4:25-26; 4:48-52; 6:20-31; 6:61-65; 7:39-50; 8:34-42; 9:64-10:7; Cl. 1-2, 7-10. '498, Cl. 7.<br><br>_Extrinsic Evidence:_<br><br>Manual of Interventional Cardiology (1992), pp. 12, 22; 25; 28.<br><br>The Cardiac Catheterization Handbook (1991), p. 75.<br><br>U.S. Patent No. 5,047,035, Figs. 5, 6; col. 1:6-10; 2:24-34; 2:54-65.<br><br>U.S. Patent No. 4,867,174 Fig. 1; col. 1:11-20; 2:23-31; 2:57-67.<br><br>U.S. Patent No. 4,787,884, Abstract; Fig 1; col. 2:11-15; 2:22-23; 4:17-24.<br><br>U.S. Patent No. 4,726,369, Fig 1; col. 1:8-12. | leaving the guide wire in place. Next, a sheath-dilator set is passed over the guide wire into the artery in order to enlarge the opening sufficiently to permit entry of the catheter or other device. The dilator is then removed, leaving the sheath or guide cannula in place. "); col. 3:28-37; col. 4:10-13; col. 4:25-28; col. 7:40-50; Cl. 2<br>'375 col. 6:49-59; 4,744,364 col. 3:25-36<br><br>_Extrinsic Evidence:_<br><br>CCAI: pp. 62-70; MIC: pp. 7-23; CCH: pp. 37-93 |
| **threading a plug over said guide wire**<br><br>_'439 patent, claim 10_ | **passing a plug over the guide wire**<br><br>_Intrinsic Evidence:_<br><br>'439 Figs. 14, 15; col. 7:40-50 ("The plug is slid down along the guide wire through tissue channel 9 until its front end reaches the wall of the femoral artery."); 9:64-10:7; Cl. 10.<br><br>_Extrinsic Evidence:_<br><br>Webster's Online Dictionary definition of "threading" ("to pass (as a tape, line, or film) into or through something").<br><br>Webster's Dictionary definition of "threading." | **feeding the proximal end of the guide wire into and through the lumen in the plug**<br><br>_Intrinsic Evidence:_<br><br>'439 Figs. 1, 6-8, 14, 23; col. 1:25-31; col. 3:28-37; col. 4:10-13; col. 4:25-28; col. 7:40-50 ("FIG. 12e shows yet another form of plug, similar to the plug of FIG. 12d, but with a lumen 85. This form of plug is designed for use by physicians who prefer not to remove the guide wire immediately after a procedure. The proximal end of the guide wire 15 can be fed through lumen 85 and through the collagen membrane 81. The plug is slid down along the guide wire through tissue channel 9 until its front end reaches the wall of the femoral artery. Indeed, the plug of FIG. 12e could even be inserted without the use of a sheath. When the wire 15 is |

JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT 4:08-CV-04101-HFB

| Disputed Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| | American Heritage definition of "threading." | withdrawn, the collagen membrane automatically reseals itself."); Cl. 2 '478 App. *Extrinsic Evidence:* AHD: thread –*tr.* 1. a. To pass one end of a thread through the eye of (a needle or similar device). b. To pass (something) through in the manner of a thread: thread the wire through the opening. Webster's: thread *vt* 1 a: to pass a thread through the eye of (a needle)  2 a (1): to pass something through in the manner of a thread <~ a pipe with wire> |
| **moving the plug inwardly along the guide wire** *'439 patent, claims 9, 10* | **plain and ordinary meaning** *Intrinsic Evidence:* '439 Figs. 8, 13-15; col. 4:25-26 ("Although it is believed preferable to employ a guide wire, it is possible to practice the invention without one."); 4:10-18; 6:20-31; 7:40-50; Cl. 9, 10. *Extrinsic Evidence:* American Heritage definitions of "inwardly" and "along." | **advancing the plug from the proximal end of the guide wire toward the patient** *Intrinsic Evidence:* '439 Figs. 1, 6-8, 14, 23; col. 1:25-31; col. 3:28-37; col. 4:10-13; col. 4:25-28; col. 7:40-50 ("FIG. 12e shows yet another form of plug, similar to the plug of FIG. 12d, but with a lumen 85. This form of plug is designed for use by physicians who prefer not to remove the guide wire immediately after a procedure. The proximal end of the guide wire 15 can be fed through lumen 85 and through the collagen membrane 81. The plug is slid down along the guide wire through tissue channel 9 until its front end reaches the wall of the femoral artery. Indeed, the plug of FIG. 12e could even be inserted without the use of a sheath. When the wire 15 is withdrawn, the collagen membrane automatically reseals itself."); Cl. 2 '478 App. *Extrinsic Evidence:* CCAI: pp. 62-70; MIC: pp. 7-23; CCH: pp. 37-93 |

JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
4:08-CV-04101-HFB

| Disputed Claim Term | St. Jude's Proposed Construction And Supporting Evidence | ACI's Proposed Construction And Supporting Evidence |
|---|---|---|
| **device**<br><br>*'439 patent, claims 1, 7, 8* | **ACI first proposed construing this term at approximately 5:25 pm (CST) on October 30, 2009—the day that the Joint Claim Construction Statement was due.  The agreed upon deadline for identifying terms for construction was October 2, 2009.  ACI first provided its proposed construction for this term at 6:31 pm (CST) on October 30, 2009.  ACI has offered that St. Jude may have a week (or longer if necessary) to provide its construction and identify its support.**<br><br>**While St. Jude has agreed to include ACI's proposed additional term in the Joint Claim Construction Statement, St Jude has not had the opportunity to evaluate or respond to the proposed term or ACI's proposed construction.  St. Jude reserves all of its rights and objections, including the right to argue that this term should not be construed for being untimely identified, or to otherwise respond.** | plain and ordinary meaning, except that the "device" may not enter the blood vessel<br><br>*Intrinsic Evidence:*<br><br>'204 FH 5/23/96 Amendment Under 37 C.F.R. § 1.116 – pp. 5-8<br>'130 FH 5/13/96 Amendment – pp. 5-10<br>'183 FH 4/28/97 Amendment – pp. 4-13 |

JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
4:08-CV-04101-HFB