IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

TEXARKANA DIVISION

| | |
|---|---|
| ST. JUDE MEDICAL, INC. and ST. JUDE MEDICAL PUERTO RICO LLC,<br><br>  Plaintiffs,<br><br> vs.<br><br>ACCESS CLOSURE, INC.,<br><br>  Defendant. | CASE NO. 08-CV-4101 (HFB) |

**DEFENDANT ACCESSCLOSURE, INC.'S MOTION FOR A CONTINUANCE OF THE TECHNICAL TUTORIAL AND CLAIMS CONSTRUCTION HEARING**

Pursuant to Federal Rule of Civil Procedure 16(b)(3)(B)(iv) and Local Rule 7.5, Defendant AccessClosure, Inc. respectfully moves this Court for an order continuing the technical tutorial and claim construction hearing in this matter. This motion is supported by AccessClosure's accompanying brief, the declaration of Charles K. Verhoeven and the exhibits thereto, the declaration of David Eiseman, and upon such other matters as the Court may consider.

Dated:  November 24, 2009           Respectfully submitted,

                                _____/s/ Charles Verhoeven_____
                                Charles Verhoeven
                                David Eiseman
                                Matthew Cannon
                                Cathleen Garrigan
                                QUINN EMANUEL URQUHART
                                  OLIVER & HEDGES, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415.875.6600 (Telephone)
415.875.6700 (Facsimile)
charlesverhoeven@quinnemanuel.com
davideiseman@quinnemanuel.com
matthewcannon@quinnemanuel.com
cathleengarrigan@quinnemanuel.com

David Pollock
QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
650.801.5000 (Telephone)
650.801.5100 (Facsimile)
davidpollock@quinnemanuel.com


James N. Haltom
Darby V. Doan
J. Scott Andrews
Haltom & Doan
6500 Summerhill Road, Suite 100
Texarkana, Texas 75503
(903) 255-1000 (Telephone)
(903) 255-0800 (Facsimile)
jhaltom@haltomdoan.com
ddoan@haltomdoan.com
sandrews@haltomdoan.com


OF COUNSEL:

John B. Quinn
QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
415.875.6600 (Telephone)
415.875.6700 (Facsimile)

**ATTORNEYS FOR DEFENDANT
ACCESSCLOSURE, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5.2. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 24th day of November, 2009.

          /s/ Charles K. Verhoeven
          Charles K. Verhoeven