IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| ST. JUDE MEDICAL, INC., a Minnesota Corporation, and ST. JUDE MEDICAL PUERTO RICO, LLC, a Puerto Rico Limited Liability Company,<br>          Plaintiffs,<br>     vs.<br><br>ACCESS CLOSURE, INC., a Delaware Corporation,<br>          Defendant. | Case No. 4:08-cv-04101-HFB |

**BRIEF IN SUPPORT OF PLAINTIFFS' ST. JUDE MEDICAL, INC. AND ST. JUDE MEDICAL PUERTO RICO, LLC'S MOTION TO COMPEL AND FOR SANCTIONS**

**FILED UNDER SEAL**

Dated: September 27, 2010                    Respectfully submitted,

*/s/ Robert W. Schroeder III*

Robert W. Schroeder III
(tschroeder@texarkanalaw.com)
Nicholas H. Patton
(nickpatton@texarkanalaw.com)
PATTON, TIDWELL & SCHROEDER, LLP
P.O. Box 5398
Texarkana, TX 75505-5398
(903) 792-7080
(903) 792-8233 (facsimile)

Morgan Chu (mchu@irell.com)
Jonathan Steinberg
(jsteinberg@irell.com)
Andrei Iancu (aiancu@irell.com)
Maclain Wells (mwells@irell.com)
Benjamin T. Wang (bwang@irell.com)
Jay Chung (jchung@irell.com)
Eric B. Hanson (ehanson@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  09967
(310) 277-1010
(310) 203-7199 (facsimile)

Laura Evans (levans@irell.com)
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA  92660
(949) 760-0991
(949) 760-5200 (facsimile)

Attorneys for Plaintiffs
St. Jude Medical, Inc. and St. Jude
Medical Puerto Rico LLC

## CERTIFICATE OF CONFERENCE

The undersigned certifies that the parties have met and conferred in good faith to attempt to resolve their disputes regarding the discovery issues identified in this motion. The parties' efforts in this regard, which included an in-person conference on September 15, 2010 in the presence of local counsel, have led to impasse. The parties are unable to resolve this dispute without intervention of the Court.

*/s/ Robert W. Schroeder III*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on counsel of record by electronic filing and electronic service this 27th day of September, 2010.

*/s/ Robert W. Schroeder III*