IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

TEXARKANA DIVISION

| | |
|---|---|
| ST. JUDE MEDICAL, INC. and ST. JUDE MEDICAL PUERTO RICO LLC,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ACCESS CLOSURE, INC.,<br><br>　　　　Defendant. | CASE NO. 08-CV-4101 (HFB) |

### DEFENDANT ACCESSCLOSURE, INC.'S MOTION FOR SUMMARY JUDGMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Defendant AccessClosure, Inc. ("ACI") requests entry of an order awarding ACI summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 and dismissing Plaintiffs' St. Jude Medical, Inc. and St. Jude Medical Puerto Rico, LLC (collectively, "SJM") suit.  Specifically, ACI seeks an order awarding summary judgment on each of the following grounds:  (1) ACI does not infringe any of the asserted claims, whether literally or under the doctrine of equivalents, directly or indirectly; (2) all of asserted claims are invalid for lack of enablement or because they were anticipated by prior art; (3) ACI cannot be liable for willful infringement; and (4) St. Jude Medical, Inc. is not permitted to recover lost profits damages based on alleged infringement of the Janzen patents. This motion is supported by ACI's accompanying memorandum brief, ACI's Statement of Uncontested Facts, the declaration of Andy Uchida and exhibits thereto, the declaration of Dr.

Charles L. Brown III and exhibits thereto, the declaration of Cathleen G. Garrigan and exhibits thereto, and any other matters the Court may consider.

Dated:  October 22, 2010 Respectfully submitted,

  /s/ *Cathleen G. Garrigan*
Charles K. Verhoeven
David Eiseman
Matthew D. Cannon
Cathleen Garrigan
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
650.801.5000 (Telephone)
650.801.5100 (Facsimile)
charlesverhoeven@quinnemanuel.com
davideiseman@quinnemanuel.com
matthewcannon@quinnemanuel.com
cathleengarrigan@quinnemanuel.com

Brian Cannon
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
650.801.5000 (Telephone)
650.801.5100 (Facsimile)
briancannon@quinnemanuel.com


James N. Haltom
Darby V. Doan
J. Scott Andrews
Haltom & Doan
6500 Summerhill Road, Suite 100
Texarkana, Texas 75503
(903) 255-1000 (Telephone)
(903) 255-0800 (Facsimile)
jhaltom@haltomdoan.com
ddoan@haltomdoan.com
sandrews@haltomdoan.com

OF COUNSEL:

John B. Quinn
QUINN EMANUEL URQUHART
  &amp; SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
415.875.6600 (Telephone)
415.875.6700 (Facsimile)

**ATTORNEYS FOR DEFENDANT
ACCESSCLOSURE, INC.**

## CERTIFICATE OF SERVICE

     The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5.2.  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 22nd day of October, 2010.


       /s/  *Cathleen G. Garrigan*
       Cathleen G. Garrigan