IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ST. JUDE MEDICAL, INC. and
ST. JUDE MEDICAL PUERTO RICO LLC                                                    PLAINTIFFS

VS.                                         CASE NO. 08-CV-4101

ACCESS CLOSURE, INC.                                                                 DEFENDANT

### ORDER

Before the Court are Defendant Access Closure, Inc.'s ("ACI") Motion for Summary Judgment, (Doc. 146), and Plaintiffs St. Jude Medical, Inc. and St. Jude Medical Puerto Rico LLC's (collectively "St. Jude") Motion for Summary Judgment. (Doc. 145). St. Jude has responded to ACI's motion, (Doc. 169), and ACI has responded to St. Jude's motion. (Doc. 167). The parties have filed their respective replies. (Doc. 179 and Doc. 181). The Court finds the motions for summary judgment ripe for consideration. For the reasons discussed in the Memorandum Opinion of even date, ACI's Motion for Summary Judgment should be and hereby is **DENIED** and St. Jude's Motion for Summary Judgment should be and hereby is **GRANTED IN PART AND DENIED IN PART**. ACI's allegations of inequitable conduct in the prosecution of the Fowler patents are hereby **DISMISSED**.

IT IS SO ORDERED, this 1st day of December, 2010.

    /s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge