# IN THE UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF ARKANSAS,

# TEXARKANA DIVISION

| | |
|---|---|
| ST. JUDE MEDICAL, INC. and ST. JUDE MEDICAL PUERTO RICO, LLC, | CASE NO. 08-CV-04101 (HFB) |
| Plaintiffs, | |
| vs. | |
| ACCESS CLOSURE, INC., | |
| Defendant. | |

**ST. JUDE MEDICAL, INC. AND ST. JUDE PUERTO RICO LLC'S REQUEST TO ADMIT OBJECTED TO EXHIBITS**

2355872

Plaintiffs St. Jude Medical, Inc. and St. Jude Puerto Rico LLC (collectively, "St. Jude") hereby request that the Court move certain trial exhibits into evidence. Defendant AccessClosure, Inc. ("ACI") objects to these exhibits under the Federal Rules of Evidence or pursuant to the Court's rulings on the parties' motions in limine.  St. Jude asks that the Court move into evidence the following Plaintiffs' Exhibits:

Marketing Materials

Exhibits: SJM0277, 0295, 0331, 0395, 0421, 0422, 0479, 0504, 0685, 1034, 1888, 2030-2034, 2054-2056.

ACI's Destruction of Marketing Materials

Exhibits: SJM0653, 0680, 0771.

Third Party and Internal Concerns Regarding Patents In Suit

Exhibits: SJM0009, 0304, 0306, 0454, 0781, 0936, 1032, 1441-1444, 1446, 2126.

Articles

Exhibits: SJM1954, 1955, 1972.

Dated:  December 20, 2010

Respectfully submitted,

*/s/      C. Maclain Wells*

Attorneys for Plaintiffs
St. Jude Medical, Inc. and St. Jude
Medical Puerto Rico LLC

Nicholas H. Patton
(nickpatton@texarkanalaw.com)
PATTON, TIDWELL & SCHROEDER, LLP
P.O. Box 5398
Texarkana, TX 75505-5398
(903) 792-7080
(903) 792-8233 (facsimile)

Morgan Chu (mchu@irell.com)
Jonathan Steinberg
(jsteinberg@irell.com)

Andrei Iancu (aiancu@irell.com)
C. Maclain Wells (mwells@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  09967
(310) 277-1010
(310) 203-7199 (facsimile)

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that the foregoing document was served on counsel of record by electronic filing and electronic service this December 20, 2010.

                   */s/  C. Maclain Wells*
                       C. Maclain Wells

2355872