IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS,

TEXARKANA DIVISION

| | |
|---|---|
| ST. JUDE MEDICAL, INC. and ST. JUDE MEDICAL PUERTO RICO, LLC,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ACCESS CLOSURE, INC.,<br><br>　　　　Defendant. | **CASE NO. 08-CV-04101 (HFB)** |

**ST. JUDE MEDICAL, INC. AND ST. JUDE PUERTO RICO LLC'S
SUPPLEMENTAL OFFER OF PROOF REGARDING EXCLUDED TESTIMONY**

2355871

Plaintiffs St. Jude Medical, Inc. and St. Jude Puerto Rico LLC (collectively, "St. Jude") submit this Supplemental Offer of Proof relating to the Court's evidentiary ruling at trial to exclude the deposition testimony of Chris Volker. The testimony identified herein is attached as Exhibit A.

On November 15, 2010, ACI provided deposition designations for Mr. Volker's deposition expressing a clear intent to play portions of his deposition at trial. On November 23, St. Jude counter-designated portions of Mr. Volker's deposition. Over the next month and through repeated rounds of narrowing of designations, ACI continued to designate, and St. Jude continued to counter-designate, portions of Mr. Volker's deposition. On Sunday, December 19, the night before the Volker deposition was to be played, ACI notified St. Jude that ACI was no longer intending to play the Volker deposition. St. Jude immediately notified ACI that St. Jude would still play select portions of the deposition. On December 20, after an in-chambers conference, the Court excluded Mr. Volker's testimony.

The excluded testimony relates to St. Jude's claims of willful infringement and is necessary to rebut misleading testimony from ACI's founder and former CEO, Fred Khosravi. When determining whether an infringer acted willfully, one consideration is the infringer's knowledge of the objectively high risk that it infringes a valid patent. *In re Seagate Tech. LLC*, 497 F.3d 1360, 1371 (Fed. Cir. 2007). ACI relies on testimony from Mr. Khosravi that the parties met in 2005 and 2007 and that St. Jude did not make patent infringement allegations at those meetings. *See* Khosravi Trial Testimony (Day 4) at 111:9-18. St. Jude anticipates that ACI will argue that St. Jude would have brought up infringement concerns, if known, at the meetings. *See id.* Mr. Volker's testimony is necessary to establish that Mr. Khosravi himself brought up IP concerns regarding St. Jude's patents with a St. Jude employee, Dave Rosa, at the meetings. *See* Volker Trial Testimony at 140:21-141:6, 206:10-20, 207:712.

The exclusion of Mr. Volker's testimony prejudiced St. Jude at trial. For example, ACI has suggested that because St. Jude did not accuse ACI of infringement at the 2005

and 2007 meetings, willfulness should not be found. ACI did so despite the fact that, at a minimum, Mr. Volker testified in deposition that Mr. Khosravi raised such issues at one of those meetings.

St. Jude respectfully submits that this testimony should be admitted into evidence.

Dated: December 20, 2010                          Respectfully submitted,

                                                  */s/    Eric B. Hanson*
                                                  _____

                                                  Attorneys for Plaintiffs
                                                  St. Jude Medical, Inc. and St. Jude
                                                  Medical Puerto Rico LLC

                                                  Nicholas H. Patton
                                                  (nickpatton@texarkanalaw.com)
                                                  PATTON, TIDWELL & SCHROEDER, LLP
                                                  P.O. Box 5398
                                                  Texarkana, TX 75505-5398
                                                  (903) 792-7080
                                                  (903) 792-8233 (facsimile)

                                                  Morgan Chu (mchu@irell.com)
                                                  Jonathan Steinberg
                                                  (jsteinberg@irell.com)
                                                  Andrei Iancu (aiancu@irell.com)
                                                  C. Maclain Wells (mwells@irell.com)
                                                  Benjamin T. Wang
                                                  (bwang@irell.com)
                                                  Jay Chung (jchung@irell.com)
                                                  Eric B. Hanson (ehanson@irell.com)
                                                  IRELL & MANELLA LLP
                                                  1800 Avenue of the Stars, Suite 900
                                                  Los Angeles, CA  09967
                                                  (310) 277-1010
                                                  (310) 203-7199 (facsimile)

## Exhibit A

**140:21**-**141:6** Volker, Christopher 2010-07-22
140:21 Q: Who else do you recall attending the first
140:22 meeting with Access Closure?
140:23 A: Dave Rosa.
140:24 Q: Who is Mr. Rosa?
140:25 A: Vice president of marketing.
141:1 Q: Is there any particular Saint Jude division?
141:2 A: He was -- at the time of the first meeting I
141:3 believe the division was the cardiology
141:4 division at that point. So it would have been
141:5 as the cardiology division at the meeting in
141:6 '05.

**206:10**-**206:20** Volker, Christopher 2010-07-22
206:10 Q: And what did you and Mr. Rosa discuss?
206:11 A: Same thing. It was, you know, the nature of
206:12 the '05 meeting as well as the '07. And I
206:13 believe Dave wasn't certain if he was at both
206:14 meetings or not. But he also recalled a
206:15 conversation with a smaller group that I was
206:16 not part of that was just Dave and Fred I
206:17 think were the only people that he remembered.
206:18 And he mentioned that IP came up in that
206:19 discussion and that Fred alluded to there
206:20 might be a concern regarding IP.

**207:7**-**207:12** Volker, Christopher 2010-07-22
207:7 Q: What IP concerns were raised at this meeting
207:8 between Dave Rosa and Fred Khosravi?
207:9 A: I don't know specifically. The comment I
207:10 heard was Fred said something along the lines
207:11 of, 'You know why we're meeting because of the
207:12 IP.'

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served on counsel of record by electronic filing and electronic service this December 20, 2010.

/s/     *Eric B. Hanson*
Eric B. Hanson

2355871