Case 4:08-cv-04101-SOH   Document 265   Filed 12/21/10   Page 1 of 5 PageID #: 3630

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 21 2010

CHRIS R. JOHNSON, CLERK

BY
DEPUTY CLERK

08-4101

# VERDICT FORM

You, the jury, are to answer the following questions based on the evidence admitted at trial and according to the instructions the Court has given you. Start with Question No. 1 and proceed through the questions. As you proceed through this verdict form, follow the directions provided.

## INFRINGEMENT

### QUESTION NO. 1.

Has St. Jude proved, by a preponderance of the evidence, that Access Closure has infringed, either literally or by equivalents, any of the following claims of U.S. Patent No. 7,008,439 ("Janzen '439 patent"), U.S. Patent No. 5,275,616 ("Fowler '616 patent"), U.S. Patent No. 5,601,602 ("Fowler '602 patent"), or U.S. Patent No. 5,716,375 ("Fowler '375 patent")? Answer "Yes" or "No" for each claim.

*"Yes" means the claim is infringed (for St. Jude). "No" means the claim is not infringed (for ACI).*

**Janzen '439 Patent**

Claim 7: _____YES_____

Claim 8: _____YES_____

Claim 9: _____No_____


**Fowler '616 Patent**

Claim 14: _____YES_____


**Fowler '602 Patent**

Claim 38: _____No_____

Claim 40: _____No_____

1

Claim 44: _No_

**Fowler '375 Patent**

Claim 21: _Yes_

## QUESTION NO. 2.

**IF YOU FOUND THAT ANY OF THE ASSERTED CLAIMS ARE INFRINGED, PLEASE ANSWER THE FOLLOWING QUESTION**

Has St. Jude proved, by clear and convincing evidence, that Access Closure has willfully infringed any of the asserted claims?

Answer "Yes" or "No."

*"Yes" means ACI has willfully infringed (for St. Jude). "No" means ACI has not willfully infringed (for ACI).*

Answer: _Yes_

## INVALIDITY

## QUESTION NO. 3.

Has Access Closure proved, by clear and convincing evidence, that the Janzen '439 patent is invalid for failure to name Dr. Andreas Gruentzig as one of the co-inventors?

Answer "Yes" or "No."

*"Yes" means the patent is invalid (for ACI). "No" means the patent is not invalid (for St. Jude).*

**Janzen '439 Patent**

Answer: _No_

## QUESTION NO. 4.

Has Access Closure proved, by clear and convincing evidence, that any of the following claims of the Janzen '439 patent are invalid for double patenting?

Answer "Yes" or "No" for each claim.

*"Yes" means the claim is invalid (for ACI). "No" means the claim is not invalid (for St. Jude).*

**Janzen '439 Patent**

Claim 7: __Yes__

Claim 8: __Yes__

Claim 9: __Yes__

## QUESTION NO. 5.

Has Access Closure proved, by clear and convincing evidence, that any of the following claims of the Janzen '439 patent are invalid because they are rendered obvious by the prior art?

Answer "Yes" or "No" for each claim.

*"Yes" means the claim is invalid (for ACI). "No" means the claim is not invalid (for St. Jude).*

**Janzen '439 Patent**

Claim 7: __No__

Claim 8: __No__

Claim 9: __No__

**QUESTION NO. 6.**

Has Access Closure proved, by clear and convincing evidence, that any of the following claims of the Fowler '616 patent, Fowler '602 patent, or Fowler '375 patent are invalid because they are rendered obvious by the prior art?

Answer "Yes" or "No" for each claim.

*"Yes" means the claim is invalid (for ACI). "No" means the claim is not invalid (for St. Jude).*

**Fowler '616 Patent**

Claim 14: ___No___

**Fowler '602 Patent**

Claim 38: ___No___ [crossed out]
Claim 40: ___No___ [crossed out]   [illegible crossed-out handwritten note]
Claim 44: ___No___ [crossed out]

**Fowler '375 Patent**

Claim 21: ___No___

### DAMAGES

**IF YOU FOUND THAT ONE OR MORE CLAIMS OF THE ASSERTED PATENTS ARE BOTH INFRINGED AND VALID ANSWER THE FOLLOWING QUESTION AS TO ONLY THOSE CLAIMS FOUND BOTH INFRINGED AND VALID.**

**QUESTION NO. 7.**

What sum of money is adequate to compensate St. Jude for Access Closure's infringement of the asserted patents?

Answer each in dollars and cents.

St. Jude Medical, Inc.'s reduction in income related to the Janzen '439 patent: __$0__

St. Jude Medical Puerto Rico LLC's lost profits related to the Fowler patents: __$20,400,000__

St. Jude's reasonable royalty related to both the Janzen and Fowler patents: __$6.7 Million – Fowler (5% Royalty)__

For the Jury:

__12/21/2010__
Date

__Redacted__
Jury Foreperson