IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

TEXARKANA DIVISION

| | |
|---|---|
| ST. JUDE MEDICAL, INC. and ST. JUDE MEDICAL PUERTO RICO LLC, | **CASE NO. 08-CV-4101 (HFB)** |
| Plaintiffs, | |
| vs. | |
| ACCESS CLOSURE, INC., | |
| Defendant. | |

**ACCESSCLOSURE'S MEMORANDUM IN OPPOSITION TO ST. JUDE'S MOTION FOR A PERMANENT INJUNCTION**

**FILED UNDER SEAL**

**CONTAINS ATTORNEYS' EYES ONLY INFORMATION**

Dated:  March 7, 2012                    Respectfully submitted,


                                          /s/ David Eiseman
                                         Charles K. Verhoeven
                                         David Eiseman
                                         Linda Brewer
                                         Matthew D. Cannon
                                         Cathleen Garrigan

                                         QUINN EMANUEL URQUHART
                                             & SULLIVAN, LLP
                                         50 California Street, 22nd Floor
                                         San Francisco, CA 94111
                                         650.801.5000 (Telephone)
                                         650.801.5100 (Facsimile)
                                         charlesverhoeven@quinnemanuel.com
                                         davideiseman@quinnemanuel.com
                                         lindabrewer@quinnemanuel.com
                                         matthewcannon@quinnemanuel.com
                                         cathleengarrigan@quinnemanuel.com

                                         Brian Cannon
                                         QUINN EMANUEL URQUHART
                                             & SULLIVAN, LLP
                                         555 Twin Dolphin Drive, 5th Floor
                                         Redwood Shores, CA 94065
                                         650.801.5000 (Telephone)
                                         650.801.5100 (Facsimile)
                                         briancannon@quinnemanuel.com

                                         James N. Haltom
                                         Darby V. Doan
                                         Haltom & Doan
                                         6500 Summerhill Road, Suite 100
                                         Texarkana, Texas 75503
                                         (903) 255-1000 (Telephone)
                                         (903) 255-0800 (Facsimile)
                                         jhaltom@haltomdoan.com
                                         ddoan@haltomdoan.com

1

OF COUNSEL:

John B. Quinn
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
415.875.6600 (Telephone)
415.875.6700 (Facsimile)

**ATTORNEYS FOR DEFENDANT
ACCESSCLOSURE, INC.**

## CERTIFICATE OF SERVICE

     The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5.2.  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 7th day of March, 2012.

     /s/ *Matthew D. Cannon*