IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

TEXARKANA DIVISION

| | |
|---|---|
| ST. JUDE MEDICAL, INC. and ST. JUDE MEDICAL PUERTO RICO LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ACCESS CLOSURE, INC.,<br><br>    Defendant. | **CASE NO. 08-CV-4101 (HFB)** |

**ACCESSCLOSURE'S MOTION TO STAY INJUNCTIVE RELIEF**

On June 4, 2012, the Court issued an order entering a permanent injunction.  (Dkt. 360.)  In its order, the Court did not rule on ACI's prior request for a stay of injunction pending appeal or, in the alternative, for a period of 24 months.  (*See*, Dkt. 323 at 18-20.)

Pursuant to the Court's direction, ACI hereby moves the Court to stay its order entering a permanent injunction pending appeal or, alternatively, for 24 months so that ACI can obtain regulatory approval for a design-around product.  ACI understands that the Court intends to enter a briefing schedule on ACI's motion.  As a result, ACI reserves the right to further explain the basis for its motion in briefing to be submitted pursuant to the Court's briefing schedule.

ACI further moves for an emergency order immediately suspending the Court's order entering a permanent injunction until the Court rules on ACI's motion for a stay.  Failure to suspend the injunction will cause immediate, irreparable harm to ACI.  Suspending the injunction is necessary to allow ACI to address the issues the Court would like addressed in the briefing to be submitted pursuant to the Court's briefing schedule.

| | |
|---|---|
| Dated: June 4, 2012 | Respectfully submitted,<br><br>/s/ *Darby Doan*<br>Charles K. Verhoeven<br>David Eiseman<br>Linda Brewer<br>Matthew D. Cannon<br>QUINN EMANUEL URQUHART &<br>   SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>415.875.6600 (Telephone)<br>415.875.6700 (Facsimile)<br>charlesverhoeven@quinnemanuel.com<br>davideiseman@quinnemanuel.com<br>lindabrewer@quinnemanuel.com<br>matthewcannon@quinnemanuel.com<br><br>Brian Cannon<br>QUINN EMANUEL URQUHART &<br>   SULLIVAN, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>650.801.5000 (Telephone)<br>650.801.5100 (Facsimile)<br>briancannon@quinnemanuel.com<br><br>James N. Haltom<br>Arkansas Bar No. 2005011<br>Darby V. Doan<br>Arkansas Bar No. 96064<br>Morgan D. Vaughan<br>Arkansas Bar No. 2008077<br>HALTOM & DOAN<br>6500 Summerhill Road, Suite 100<br>Texarkana, TX 75503<br>(903) 255.1000<br>(903) 255.0800 (fax)<br>Email:  jhaltom@haltomdoan.com<br>Email: ddoan@haltomdoan.com<br>Email: mvaughan@haltomdoan.com |

OF COUNSEL:

John B. Quinn
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
415.875.6600 (Telephone)
415.875.6700 (Facsimile)

**ATTORNEYS FOR DEFENDANT
ACCESSCLOSURE, INC.**

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5.2. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the June 4, 2012.

                                               /s/ *Morgan Vaughan*