IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| ST. JUDE MEDICAL, INC. and ST. JUDE MEDICAL PUERTO RICO, LLC,<br><br>        Plaintiffs,<br><br>vs.<br><br>ACCESS CLOSURE, INC.,<br><br>        Defendants. | Civil Action No. 08-CV-04101 |

## ORDER OF DISMISSAL WITH PREJUDICE

**PURSUANT TO STIPULATION, IT HEREBY IS ORDERED THAT:**

1.  All claims for relief and causes of action asserted by Plaintiffs St. Jude Medical, Inc. and St. Jude Medical Puerto Rico, LLC in this action are dismissed with prejudice.

2.  All counterclaims for relief and causes of action asserted by Defendant Access Closure, Inc. in this action are dismissed with prejudice.

IT IS SO ORDERED on this 30th day of September, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge